# **EXHIBIT A**

| | |
|---|---|
| **Type:** | InstantMessage |
| **From:** | +1917882▮▮▮▮ Debra Cleaver (Owner) |
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Timestamp:** | 9/28/2019 5:25:14 PM -07:00 |
| **Subject:** | |
| **Source:** | Native Messages |

I have a folder called "fuck vote.org"

Cleaver_0007620