# **EXHIBIT B**

| | |
|---|---|
| **Type:** | InstantMessage |
| **From:** | +1917882____Debra Cleaver (Owner) |
| **To:** | █████████████████ |
| **Timestamp:** | 12/15/2019 12:55:55 PM -08:00 |
| **Subject:** | |
| **Source:** | Native Messages |

I'm fine with destroying vote.org. Without me it's a good url. That's not enough to justify people finding it. Or working with them.

| | |
|---|---|
| **Type:** | InstantMessage |
| **From:** | +1917882▮▮▮▮ Debra Cleaver (Owner) |
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Timestamp:** | 10/7/2019 8:44:35 PM -07:00 |
| **Subject:** | |
| **Source:** | Native Messages |

these people can chew glass and die

**Type:** InstantMessage
**From:** +1917882█████ Debra Cleaver (Owner)
**To:** ████████████████████
**Timestamp:** 12/15/2019 5:40:55 PM -08:00
**Subject:**
**Source:** Native Messages

but i really, truly, deeply want to ruin these people

Cleaver_0010993

**Type:** InstantMessage
**From:** +1917882████ Debra Cleaver (Owner)
**To:** ████████████
**Timestamp:** 11/4/2019 12:22:38 AM -08:00
**Subject:**
**Source:** Native Messages

also i hope they all chew glass and die.

| | |
|---|---|
| **Type:** | InstantMessage |
| **From:** | +1917882▮▮▮▮ Debra Cleaver (Owner) |
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Timestamp:** | 12/15/2019 12:55:10 PM -08:00 |
| **Subject:** | |
| **Source:** | Native Messages |

I feel like I will never be sane if we don't destroy them in the press. And there's a lot of work with.