# EXHIBIT C

**Type:** InstantMessage
**From:** +1917882■■■■ Debra Cleaver (Owner)
**To:** ■■■■■■■■■■ ■■■■■■■■■■
**Timestamp:** 12/19/2019 9:56:32 AM -08:00
**Subject:**
**Source:** Native Messages

If they don't want to resign I'll just ruin their professional reputations. That is fine with me.

Cleaver_0013345

202 527 ████

On Thu, Dec 2 6, 2 0 1 9, 9:04 PM Debra Cleaver <████████████@gmail.com> wrote:
> I was going to text you earlier today and realized I forgot your number. Let's go ruin lives while saving democracy. Also, what's your phone number?
>
> Sent from my iPhone
>
> On Dec 2 6, 2 0 1 9, at 6:01 PM, ████████████████████████ wrote:
>
>> All of this sounds great, and I'm excited to get started!
>>
>> I will get you a contract draft shortly. I also have some homework for you to do so we are all on the same page - I will send you an email on it later.
>>
>> This is going to be fun.
>>
>> ██
>>
>> On Tue, Dec 2 4, 2 0 1 9, 6:00 PM debra cleaver ████████████@gmail.com> wrote:
>>
>>> 1. i can guarantee that you will never, ever wind up in collections with me. ████ and generally try to pay all outstanding invoices within 2-3 business days because we are decent people, and because i find accrual accounting confusing AF, and i just want to be able to look at our bank balance and know that's how much money we have. why is accrual accounting even a fucking thing? who thought that was a good idea?
>>> 2. my attorneys literally just said "we think you going public will be the best way to handle what happened at vote.org, and probably a better use of money than lawyers" which is a refreshingly honest thing to hear from lawyers.
>>> 3. yeah, let's do $12k. and you'll have ████████████ to work with as well. she's a republican, so she'll have connections you don't have.
>>> 4. could we start jan 1? my long-distance GF is in town later this week through the first, and i'm going to mostly be offline
>>> 5. and can you help me find a full-time comms person if you have time/interest? it's always good to have one on staff.
>>> 6. honestly, i'm really looking forward to working with you. these fucking women stole my life's work, and then pulled some DARVO shit on me by threatening to sue me for the repercussions of their actions. (they literally threatened to sue me when donors refused to give them more money). it is very much my hope that you will just destroy them, and that when you're done with them they have their Vote.org board positions, and very little else. As Andrea Hailey once told me, "it takes years to build a good reputation, and weeks to destroy it." Let's make that true for her. :)
>>>
>>> this is going to be super fun, ████
>>>
>>> On Fri, Dec 2 0, 2 0 1 9 at 7:16 AM ████████████████████████
>>>> I very much enjoyed our conversation as well. This sounds like a fun project, and I am looking forward

| | |
|---|---|
| **From:** | "debra cleaver" <░░░░░░░░░@gmail.com> |
| **Sent:** | Wed, 11 Dec 2019 22:51:24 -0800 (PST) |
| **To:** | ████████████████████████████ |
| **Subject:** | Re: looks like they hit first |

also, can we talk a bit more next week? i want to make sure that my irritation at vote.org doesn't cause me to fuck up this launch, because honestly, the more they say, the dumber they look

1. successfully launch new org
2. start placing thought leadership pieces so i can build my brand while making sure that there are some smart things being said about turnout (subtext: emphasizing that vote.org does not have a strategy). i think this part is key. somehow andrea hailey gets stuff published, and she is legit a moron. so if i want to own my ideas, i imagine i need to be published somewhere. i was briefly a columnist for the hill. maybe something along those lines?
3. de-legitimizing vote.org via some well-placed pieces that burn them while not burning me a ton.

On Wed, Dec 11, 2019 at 4:41 PM debra cleaver <░░░░░░░░@gmail.com> wrote:
> could you do something like 12k a month for the first three months?
>
> also, i want to hit back, but not, you know, destroy myself. is that something you can handle?
>
> i have one more person that i'm chatting with, but i'm very close to a decision since there's no time like the present to start kicking ass and taking names.
>
>> On Wed, Dec 11, 2019 at 1:48 PM ████████████████████ wrote:
>> Proposal attached. I'm happy to discuss at your convenience.
>>
>> Thank you!
>>
>>> On Wed, Dec 11, 2019 at 4:28 PM ████████████████████ wrote:
>>> Furiously typing right this second. I will have you a proposal shortly.
>>>
>>>> On Wed, Dec 11, 2019 at 3:45 PM <░░░░░░░░@gmail.com> wrote:
>>>> but not very hard. first link:
>>>> http://www.resistancedashboard.com/the-great-battlefield
>>>>
>>>> i haven't listened, but a friend did. it's outright lies. i wasn't ousted because of strategy differences, and i wasn't having trouble scaling. i also did not use her research to inform the program i ran. i never even read her research, and i'm not sure where i would find it (if it exists). i started vote.org in 2008, long before i knew her.
>>>>
>>>> this is outright lies. when do we get started?
>>>>
>>>> | ████████ **and debra cleaver** |
>>>> |---|
>>>> | **When** Wed Dec 11, 2019 10am – 11am Pacific Time - Los Angeles |
>>>> | **Where** https://appear.in░░░░░░░░░ma.p) |