# EXHIBIT D



We are a group of concerned former Vote.org supporters who would like to share some information with you; information we feel you should know, and that we would want to know if we were in your position. We are forced to remain anonymous due to Vote.org's tendency to retaliate against whistleblowers.

In 2019, the Vote.org board fired the founder and long-time CEO. They have never explained this decision, and probably never will. Two months later they appointed Andrea Hailey, an unemployed board member, as acting-CEO. A few months after that, Andrea Hailey was made the permanent CEO. Andrea Hailey has an impressive sounding resume. She claims to have worked on "40 to 50" congressional campaigns; she claims to have "advised two presidents"; she claims to have raised millions of dollars, and to be a generous philanthropist. None of this is true. Andrea Hailey worked on one congressional campaign for six months in 2008, and has worked as a junior copywriter for two different direct mail firms. She also has a checkered financial past, including multiple tax-liens, civil court judgements against her, and evictions from luxury housing. Her past misconduct, combined with her lack of relevant experience, renders Andrea Hailey unqualified to be CEO of any organization.

Andrea Hailey's tenure as Vote.org CEO has not been successful. Her lack of financial, administrative, programmatic, operational, managerial, fundraising, technical, and governance skills have harmed Vote.org. Donors have fled the organization. A third of the staff was recently let go. Vote.org is not properly registered as a charity in at least a dozen states, but continues to fundraise unlawfully. Vote.org has been sued at least twice by former employees, and is currently being investigated by the IRS for misappropriating funds.

Vote.org was once a respectable, mission driven organization. This is no longer the case. Over the past few months several things have happened that we feel deserve more public scrutiny:

1. The former Chief of Staff, herself a former nonprofit CEO, filed a wrongful termination lawsuit that outlines a pattern of discrimination against disabled and pregnant employees. This lawsuit also concerns about misappropriated funds.
2. The Daily Mail broke a story about mass layoffs that further questionable spending decisions.

3. The Chronicle of Philanthropy conducted an in-depth investigation into Vote.org and uncovered hundreds of thousands of dollars in questionable spending, including massive PR and legal bills that were unrelated to program expenses
4. Faced with all of the above, the Vote.org board publicly declared their support for Andrea Hailey. https://www.vote.org/blog/thank-you/

The Vote.org board doesn't just publicly support Andrea Hailey; they also pay her a staggering sum of money. She was paid $190,000 in 2020; $246,000 in 2021; and at least $280,000 in 2022, and 2023. We can't offer precise amounts because Vote.org refuses to publicly release 990s. These dollar amounts would be generous by DC standards, but Andrea lives in *Indianapolis*. Her salary puts her in the top 5% of all wage earners in the entire state.

Naturally your first thought will be "the board should DO something." The board HAS done something: they hand picked Andrea Hailey as CEO; they approve her five-star travel, and her hair, makeup, and clothing budgets; they allow her to spend $500,000 per year on a PR firm tasked with raising her profile; they issue $30,000 bonuses to Andrea Hailey while running multi-year, multi-million dollar deficits. And when given a chance to explain their actions, they use Vote.org's charitable resources to pay for expensive attorneys and crisis communications firms. They even told the Chronicle of Philanthropy that they are under "no obligation to disclose the nature of their spending."

If the Vote.org board had any decency or integrity they make financial restitution to the organization and then resign. But it has been clear for years now that these are not ethical people. From what we know, they have been given the chance to quietly resign several times over the past few years. We are now beyond quiet resolution. Perhaps public outcry will encourage them to behave decently.

You are receiving this letter, and these documents, because you have a personal or professional affiliation with the Vote.org board or with Andrea Hailey. These documents are upsetting to read; these women have presented themselves falsely as righteous members of our community for years. They have betrayed us, they have betrayed you, and they have betrayed the public trust. These women do not belong in leadership positions, or on boards, or on anyone's payroll.

Respectfully yours,

Former Vote.org Supporters