**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. ____________________ |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant*. | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), the undersigned, counsel of record for Vote.org, certifies that Vote.org is a citizen of the District of Columbia and the State of California, incorporated under the laws of the District of Columbia and the State of California, with a principal place of business located in the District of Columbia. The undersigned further certifies that no other parties have a pecuniary interest in the outcome of this case.

Dated: September 8, 2025

Respectfully submitted,

PLAINTIFF, VOTE.ORG,

By McCARTER & ENGLISH, LLP

*/s/ Zachary A. Myers*

Zachary A. Myers
Vanessa R. Avery (*pro hac vice* application forthcoming, upon request)
Kaylin O. Cook

10 E. Main Street, Suite 200
Carmel, IN 46032
T: (317) 810-5510
F: (317) 602-1698
zmyers@mccarter.com
vavery@mccarter.com
kcook@mccarter.com

*Its Attorneys*