**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. ____________________ |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant*. | ) | |

**APPEARANCE OF ATTORNEY**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Vote.org.

Date: September 8, 2025

Respectfully submitted,

PLAINTIFF,
VOTE.ORG

By McCARTER & ENGLISH, LLP

*/s/ Kaylin O. Cook*
Kaylin O. Cook, IN 36921-49

10 E. Main Street, Suite 200
Carmel, IN 46032
T: (317) 810-5510
F: (317) 602-1698
kcook@mccarter.com

*Its Attorney*