UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01776-SEB-MJD |
| | ) | |
| DEBRA CLEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Vanessa R. Avery to appear and participate *pro hac vice* as counsel for Plaintiff Vote.org in the above-captioned cause only. [Dkt. 5.] The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Vanessa Roberts Avery
McCARTER & ENGLISH, LLP
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (860) 724-3397
vavery@mccarter.com

If not already registered with the Court's Electronic Filing System, Vanessa R. Avery, is ordered to register **within ten (10) days of the entry of this order**.

SO ORDERED.

Dated: 9 SEP 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

To PHV Applicant via U.S. Mail:

Vanessa Roberts Avery
McCARTER & ENGLISH, LLP
185 Asylum Street
Hartford, CT 06103