AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| VOTE.ORG, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Debra Cleaver.

Date: 11/17/2025

/s/ Thomas J. Flynn
*Attorney's signature*

Thomas J. Flynn, #35642-71
*Printed name and bar number*

Wilson Elser Moskowitz Edelman & Dicker LLP
301 Pennsylvania Parkway, Suite 210
Indianapolis, IN 46280
*Address*

thomas.flynn@wilsonelser.com
*E-mail address*

(317) 660-2358
*Telephone number*

(317) 660-2357
*FAX number*