IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VOTE.ORG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-01776-SEB-MJD |
| | ) |
| DEBRA CLEAVER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR JUDICIAL NOTICE**

Defendant Debra Cleaver, through counsel, asks the Court to take judicial notice of two documents: (1) Vote.org's Cross-Complaint against Debra Cleaver filed on May 9, 2023 in the Alameda County Superior Court for the State of California (under case number 22CV016466), and (2) Vote.org's Request for Dismissal, with prejudice, of its May 9, 2023 Cross-Complaint, filed by Vote.org on May 17, 2024, and entered by the court on May 23, 2024. These documents are being filed with this Motion and attached as Exhibits "A" and "B" for the Court's review.

## I.   LEGAL STANDARD

Federal Rule of Evidence 201(b) permits a court to take judicial notice of an adjudicative fact that is "not subject to reasonable dispute" because it: (1) is generally known within the trial court's territorial jurisdiction; or, (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. "Judicial notice is premised on the concept that certain facts or propositions exist which a court may accept as true without requiring additional proof from the opposing parties." *Gen. Elec. Capital Corp. v. Lease Resolution Corp.*, 128 F.3d 1074, 1081 (7th Cir. 1997). The court must take judicial notice if a party requests it and the court is supplied with the necessary information. *See* Fed. R. Evid. 201(c)(2).

## II.  ARGUMENT

Cleaver asserts that the Cross-Complaint and the Request for Dismissal are relevant to this civil action, specifically Cleaver's contemporaneously-filed Motion to Dismiss Under Fed. R. Civ. Proc. 12(b)(2) and (6). Exhibit A is an unredacted and unaltered copy of the Cross-Complaint filed by Vote.org against Debra Cleaver in an Alameda County, California Superior Court civil action against Cleaver under case number 22CV016466. Exhibit B is an unredacted and unaltered copy of Vote.org's Request for Dismissal of that action with prejudice, filed by Vote.org on May 17, 2024, and entered by the California trial court on May 23, 2024.

The Court has the authority to take judicial notice of matters of public record, including state court decisions, court filings, and documents from state court proceedings. *See J.B. v. Woodard*, 997 F.3d 714, 717 (7th Cir. 2021). Orders and associated filings that have been entered by a state court are public records and "appropriate subjects of judicial notice." *In re Lisse*, 905 F.3d 495, 496 (7th Cir. 2018).

Exhibits A and B are documents that district courts will consider as subject to judicial notice. The Cross-Complaint filed by Vote.org against Cleaver in the California action and the subsequent Request for Dismissal of that Cross-Complaint are matters of public record not subject to reasonable dispute. As such, the Court should take judicial notice of these documents under Fed. R. Evid. 201 and consider these documents in connection with the arguments made in support of Defendant's Motion to Dismiss under Fed. R. Civ. P. 12(b)(2) and (6) for lack of personal jurisdiction and failure to state a claim, filed contemporaneously as Cleaver's separate motion.

Respectfully submitted,

/s/ Justin G. Hazlett

Justin G. Hazlett
Attorney No. 22046-49
justin.hazlett@wilsonelser.com
Thomas J. Flynn
Attorney No. 35642-71
thomas.flynn@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
301 Pennsylvania Parkway
Suite 210
Indianapolis, IN 46280
(317) 908-8916 (tel)
(317) 660-2357 (fax)

Certificate of Service

  I certify that on November 17, 2025 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. A copy of the foregoing was also served on the following parties via email to their counsel:

Kaylin Oldham Cook
McCarter & English
10 E Main Street
Suite 200
Carmel, IN 46032
317-810-5495 (tel)
Email: kcook@mccarter.com

Vanessa Roberts Avery
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103
860-275-6700 (tel)
Email: vavery@mccarter.com

Zachary A. Myers
10 E Main St
Ste 200
Carmel, IN 46032
317-810-5500 (tel)
Email: zmyers@mccarter.com

                /s/ Justin G. Hazlett
                Justin G. Hazlett