Exhibit B – Vote.org's Request for Dismissal of Cross-Complaint against Debra Cleaver

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01776-SEB-MJD |
| | ) | |
| DEBRA CLEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ATTORNEY ALEXIS MUSTELL**

I, Alexis Mustell, declare under penalty of perjury that the following facts are true and accurate:

1. I am one of the attorneys who represents Defendant Debra Cleaver in this matter and I am admitted to practice law in the state of California. My California bar number is 359751.

2. I personally retrieved, via electronic request to the Clerk of Court, the exhibits which are now offered in support of Defendant's Motion for Judicial Notice – (1) the Cross-Complaint filed by Vote.org against Debra Cleaver, in the previous civil matter which was pending before Alameda County Superior Court for the state of California (case number 22CV016466); and, (2) the request for dismissal of said Cross-Complaint, filed by Vote.org on May 17, 2024, and entered by the court on May 23, 2024.

3. I am able to aver and confirm, under the penalties for perjury, that the copies of the documents offered herein are authentic, unredacted, and unaltered copies of the original filings provided to me upon my request to the Alameda County Superior Court for the state of California.

1

I declare, under penalty of perjury, that the foregoing representations are true and accurate.

DATED: November 17, 2025           /s/ Alexis Mustell

                                              Alexis Mustell

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Cheryl D. Orr (SBN 143196)    William R. Horwitz (Pro Hac Vice)
Faegre Drinker Biddle & Reath LLP    Faegre Drinker Biddle & Reath LLP
Four Embarcadero Center, 27th Floor    600 Campus Drive
San Francisco, California 94111    Florham Park, New Jersey 07932
TELEPHONE NO.: 415-591-7500    FAX NO. *(Optional):* 415-591-7510
E-MAIL ADDRESS *(Optional):* cheryl.orr@faegredrinker.com, william.horwitz@faegredrinker.com
ATTORNEY FOR *(Name):* Defendant / Cross-Plaintiff Vote.org

**FILED**
Superior Court of California
County of Alameda
05/23/2024
Clad Fi??, Exe??tive Officer / Clerk of the Court
By: _*Amalucarrun*_ Deputy
/A. Carreon

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Alameda**
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward, 94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF/PETITIONER: Debra Cleaver

DEFENDANT/RESPONDENT: Vote.org and Insperity PEO Services

| **REQUEST FOR DISMISSAL** | CASE NUMBER: 22CV016466 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☒ With prejudice    (2) ☐ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☒ Cross-complaint filed by *(name):* Vote.org    on *(date):* May 9, 2023
      (4) ☐ Cross-complaint filed by *(name):*    on *(date):*
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☐ Other *(specify):**

2. *(Complete in all cases except family law cases.)*
   The court    ☐ did    ☒ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: May 17, 2024

Cheryl D. Orr
_____
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ *Cheryl D. Orr* (signature)
_____
(SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☒ Cross–Complainant

**TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

▶
_____

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

_____
(SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross–Complainant

*(To be completed by clerk)*

4. ☐ Dismissal entered as requested on *(date):*
5. ☑ Dismissal entered on *(date):* 05/23/2024    as to only *(name):* Cross-complaint filed by Vote.org on 05/09/2023
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☐ Attorney or party without attorney notified on *(date):*
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Date: 06/04/2024    Clerk, by _*Amalucarrun*_____, Deputy

A. Carreon, Deputy Clerk

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

Electronically Received 05/23/2024 08:32 PM

**CIV-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Debra Cleaver<br>DEFENDANT/RESPONDENT: Vote.org and Insperity PEO Services | CASE NUMBER:<br>22CV016466 |

<div style="border:2px solid black">

### COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

</div>

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is (*check one below*):
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

▶

_____    _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                    (SIGNATURE)

---

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within entitled action; my business address is Faegre Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1500, Los Angeles, California 90067.

On **May 17, 2024**, I served the foregoing document described as **REQUEST FOR DISMISSAL** on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Philip Andonian                                          Mark J. Jacobs, Esq.
CALEBANDONIAN PLLC                       Kelsey Javier, Esq.
1100 H Street, N.W. – Ste. 315                 FISHER & PHILLIPS LLP
Washington, D.C. 20005                            2050 Main Street, Suite 1000
Email: phil@calebandonian.com             Irvine, CA 92614
                                                                    Email: mjacobs@fisherphillips.com
*Counsel for Plaintiff Debra Cleaver*                  kjavier@fisherphillips.com

                                                                    *Counsel for Defendant Insperity PEO Services*

_____ **By PERSONAL SERVICE** by causing such envelope to be delivered by messenger to the office of the addressee.

_____ **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

_____ **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

__X__ **BY ELECTRONIC TRANSMISSION**

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 17, 2024**, at Villisca, Iowa.

_____
Kristin Marden