# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| VOTE.ORG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-01776-SEB-MJD |
| | ) |
| DEBRA CLEAVER, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR JUDICIAL NOTICE**

Defendant Debra Cleaver has filed her Defendant's Motion for Judicial Notice, asking this Court to take judicial notice of Exhibits A and B filed with that Motion. The Court, having reviewed the Motion and Exhibits A and B, and being duly advised in the premises, now finds that the Motion should be **GRANTED**. The Court takes judicial notice of the submitted exhibits.

**SO ORDERED**.

DATED: _____

_____
Judge, U.S. District Court for the
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.