IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VOTE.ORG, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DEBRA CLEAVER, )<br>)<br>    Defendant. ) | Case No. 1:25-cv-01776-SEB-MJD |

**DEFENDANT'S MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2) AND 12(b)(6)**

Defendant, Debra Cleaver, through counsel, asks the Court to dismiss Vote.org's civil action under Fed. R. Civ. P. 12(b)(2) and (6) because (1) Indiana lacks jurisdiction over Cleaver, (2) Vote.org's Trademark Infringement Claim (Count Two) and False Association/False Endorsement Claim (Count Three) Lack Merit, and (3) Vote.org's State Law Claims (Count One and Counts Four through Ten) Fail.

Under S.D. Ind. L.R 7-1, Cleaver is contemporaneously filing her Defendant's Brief Supporting Motion to Dismiss Under F.R.C.P. 12(b)(2) and 12(b)(6) setting forth Cleaver's arguments supporting dismissal.

Cleaver asks the Court to dismiss Vote.org's civil action in its entirety, and for all other just relief.

Respectfully submitted,

/s/ Justin G. Hazlett

Justin G. Hazlett
Attorney No. 22046-49
justin.hazlett@wilsonelser.com
Thomas J. Flynn
Attorney No. 35642-71
thomas.flynn@wilsonelser.com

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
301 Pennsylvania Parkway
Suite 210
Indianapolis, IN 46280
(317) 908-8916 (tel)
(317) 660-2357 (fax)

2

Certificate of Service

I certify that on November 17, 2025 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. A copy of the foregoing was also served on the following parties via email to their counsel:

Kaylin Oldham Cook
McCarter & English
10 E Main Street
Suite 200
Carmel, IN 46032
317-810-5495 (tel)
Email: kcook@mccarter.com

Vanessa Roberts Avery
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103
860-275-6700 (tel)
Email: vavery@mccarter.com

Zachary A. Myers
10 E Main St
Ste 200
Carmel, IN 46032
317-810-5500 (tel)
Email: zmyers@mccarter.com

/s/ Justin G. Hazlett
Justin G. Hazlett