**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01776-SEB-MJD |
| | ) | |
| DEBRA CLEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER F.R.C.P. 12(b)(3)**

Defendant, Debra Cleaver, through counsel, asks the Court to dismiss Vote.org's civil action for improper venue, under Fed. R. Civ. P. 12(b)(3). Cleaver moves separately for dismissal for lack of personal jurisdiction and failure to state a claim upon which relief can be granted, under Fed. R. Civ. P. 12(b)(2) and (6). As an alternative to dismissal for those reasons, and as argued in the contemporaneously-filed Brief Supporting Motion to Dismiss for Improper Venue Under F.R.C.P. 12(b)(3), Cleaver asks this Court to either (1) dismiss Vote.org's civil action for improper venue or (2) Order that this action be transferred to the United States District Court for the Northern District of California, under 28 U.S.C. § 1404(a).

Under S.D. Ind. L.R 7-1, Cleaver is contemporaneously filing her Defendant's Brief Supporting Motion to Dismiss for Improper Venue Under F.R.C.P. 12(b)(3) setting forth Cleaver's arguments supporting dismissal.

Respectfully submitted,

/s/ Justin G. Hazlett

Justin G. Hazlett
Attorney No. 22046-49
justin.hazlett@wilsonelser.com
Thomas J. Flynn
Attorney No. 35642-71
thomas.flynn@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
301 Pennsylvania Parkway
Suite 210
Indianapolis, IN 46280
(317) 908-8916 (tel)
(317) 660-2357 (fax)

Certificate of Service

I certify that on November 17, 2025 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. A copy of the foregoing was also served on the following parties via email to their counsel:

Kaylin Oldham Cook
McCarter & English
10 E Main Street
Suite 200
Carmel, IN 46032
317-810-5495 (tel)
Email: kcook@mccarter.com

Vanessa Roberts Avery
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103
860-275-6700 (tel)
Email: vavery@mccarter.com

Zachary A. Myers
10 E Main St
Ste 200
Carmel, IN 46032
317-810-5500 (tel)
Email: zmyers@mccarter.com

/s/ Justin G. Hazlett
Justin G. Hazlett