# EXHIBIT D

CIV-110

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Philip Andonian (SBN 222243)<br>CalebAndonian PLLC<br>1100 H Street, N.W., Ste. 315<br>Washington, D.C. 20005<br>TELEPHONE NO.: **(202) 953-9850**    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff/Cross-Defendant Debra Cleaver | *FOR COURT USE ONLY*<br><br>**FILED**<br>Superior Court of California<br>County of Alameda<br>05/28/2024<br>Chad Fine, Executive Officer/Clerk of the Court<br>By: _____ Deputy<br>A. Carreon |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda**
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward, 94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF/PETITIONER: Debra Cleaver

DEFENDANT/RESPONDENT: Vote.org and Insperity PEO Services

| **REQUEST FOR DISMISSAL** | CASE NUMBER: 22CV016466 |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
    a. (1) ☒ With prejudice    (2) ☐ Without prejudice
    b. (1) ☒ Complaint    (2) ☐ Petition
       (3) ☐ Cross-complaint filed by *(name):*                       on *(date):*
       (4) ☐ Cross-complaint filed by *(name):*                       on *(date):*
       (5) ☒ Entire action of all parties and all causes of action
       (6) ☐ Other *(specify):**

2. *(Complete in all cases except family law cases.)*
   The court   ☐ did   ☒ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).* Date: May 17, 2024

Philip Andonian
_____
(TYPE OR PRINT NAME OF   ☒ ATTORNEY   ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.*

▶ *Philip Andonian*
_____
(SIGNATURE)
Attorney or party without attorney for:
☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross–Complainant

**TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

_____
(TYPE OR PRINT NAME OF   ☐ ATTORNEY   ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶
_____
(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross–Complainant

*(To be completed by clerk)*
4. ☑ Dismissal entered as requested on *(date):*    05/28/2024

5 ☐ Dismissal entered on *(date):*                       as to only *(name):*

6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☐ Attorney or party without attorney notified on *(date):*
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

   Date: 06/04/2024                       Clerk, by _____, Deputy
                                          A. Carreon, Deputy Clerk

**Page 1 of 2**

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. Jan. 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>www.courts.ca.gov |

Electronically Received 05/28/2024 01:11 PM

**CIV-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER:  Debra Cleaver<br>DEFENDANT/RESPONDENT: Vote.org and Insperity PEO Services | CASE NUMBER: 22CV016466 |

---

## COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

---

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is (*check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):*  ☐ Yes   ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

▶

_____         _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                    (SIGNATURE)

---

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within entitled action; my business address is Faegre Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1500, Los Angeles, California 90067.

On **May 17, 2024**, I served the foregoing document described as **REQUEST FOR DISMISSAL** on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Philip Andonian                         Mark J. Jacobs, Esq.
CALEBANDONIAN PLLC            Kelsey Javier, Esq.
1100 H Street, N.W. – Ste. 315       FISHER & PHILLIPS LLP
Washington, D.C. 20005               2050 Main Street, Suite 1000
Email: phil@calebandonian.com       Irvine, CA 92614
                                    Email: mjacobs@fisherphillips.com
*Counsel for Plaintiff Debra Cleaver*        kjavier@fisherphillips.com

                                    *Counsel for Defendant Insperity PEO Services*

_____ **By PERSONAL SERVICE** by causing such envelope to be delivered by messenger to the office of the addressee.

_____ **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

_____ **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

_X_ **BY ELECTRONIC TRANSMISSION**

_X_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 17, 2024**, at Villisca, Iowa.

_____
Kristin Marden

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Cheryl D. Orr (SBN 143196)          William R. Horwitz (Pro Hac Vice)
Faegre Drinker Biddle & Reath LLP    Faegre Drinker Biddle & Reath LLP
Four Embarcadero Center, 27th Floor  600 Campus Drive
San Francisco, California 94111      Florham Park, New Jersey 07932
        TELEPHONE NO.: 415-591-7500   FAX NO. *(Optional):* 415-591-7510
E-MAIL ADDRESS *(Optional):* cheryl.orr@faegredrinker.com, william.horwitz@faegredrinker.com
        ATTORNEY FOR *(Name):* Defendant / Cross-Plaintiff Vote.org

**FILED**
Superior Court of California
County of Alameda
**05/23/2024**
Chad Finke, Executive Officer / Clerk of the Court
By: _____ Deputy
A. Carreon

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda**
        STREET ADDRESS: 24405 Amador Street
        MAILING ADDRESS:
        CITY AND ZIP CODE: Hayward, 94544
        BRANCH NAME: Hayward Hall of Justice

PLAINTIFF/PETITIONER: Debra Cleaver

DEFENDANT/RESPONDENT: Vote.org and Insperity PEO Services

| **REQUEST FOR DISMISSAL** | CASE NUMBER: 22CV016466 |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☒ With prejudice    (2) ☐ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
   (3) ☒ Cross-complaint filed by *(name):* Vote.org        on *(date):* May 9, 2023
   (4) ☐ Cross-complaint filed by *(name):*        on *(date):*
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☐ Other *(specify):**

2. *(Complete in all cases except family law cases.)*
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: May 17, 2024

Cheryl D. Orr
_____
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ *(signature)* Cheryl D. Orr
(SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner        ☐ Defendant/Respondent
☒ Cross–Complainant

**TO THE CLERK:** Consent to the above dismissal is hereby given.**
        Date:

_____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶
(SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner        ☐ Defendant/Respondent
☐ Cross–Complainant

*(To be completed by clerk)*

4. ☐ Dismissal entered as requested on *(date):*
5. ☑ Dismissal entered on *(date):* 06/04/2024        as to only *(name):* Vote.org, Inc., the cross-complainant 06/04/2024
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☐ Attorney or party without attorney notified on *(date):*
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Date: 06/04/2024        Clerk, by _____, Deputy
A. Carreon, Deputy Clerk

| Form Adopted for Mandatory Use Judicial Council of California CIV-110 [Rev. Jan. 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.; Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390 www.courts.ca.gov |
|---|---|---|

Electronically Received 05/23/2024 08:32 PM

**CIV-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Debra Cleaver<br>DEFENDANT/RESPONDENT: Vote.org and Insperity PEO Services | CASE NUMBER:<br>22CV016466 |

<div style="border:2px solid black">

### COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

</div>

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is (*check one below):*
   a. ☐   not recovering anything of value by this action.
   b. ☐   recovering less than $10,000 in value by this action.
   c. ☐   recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐   All court fees and court costs that were waived in this action have been paid to the court *(check one):*   ☐ Yes   ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____          ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)              (SIGNATURE)

---

CIV-110 [Rev. January 1, 2013]          **REQUEST FOR DISMISSAL**          **Page 2 of 2**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within entitled action; my business address is Faegre Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1500, Los Angeles, California 90067.

On **May 17, 2024**, I served the foregoing document described as **REQUEST FOR DISMISSAL** on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Philip Andonian
CALEBANDONIAN PLLC
1100 H Street, N.W. – Ste. 315
Washington, D.C. 20005
Email: phil@calebandonian.com

*Counsel for Plaintiff Debra Cleaver*

Mark J. Jacobs, Esq.
Kelsey Javier, Esq.
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, CA 92614
Email: mjacobs@fisherphillips.com
         kjavier@fisherphillips.com

*Counsel for Defendant Insperity PEO Services*

_____ **By PERSONAL SERVICE** by causing such envelope to be delivered by messenger to the office of the addressee.

_____ **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

_____ **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

__X__ **BY ELECTRONIC TRANSMISSION**

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 17, 2024**, at Villisca, Iowa.

_____
Kristin Marden