# EXHIBIT E

Case 1:25-cv-01776-SEB-MJD    Document 20-5    Filed 12/01/25    Page 2 of 34 PageID #: 300

# POLITICO

## Vote.org promised 8 million voters. Its founder says that was never the goal.

The complaint, filed with multiple state attorneys general, alleges that high-profile voter registration group has engaged in financial mismanagement. The group denies the claims.



Laidi Rueda, right, passes out a free bottle of water and a taco from a food truck sponsored by Vote.org to a supporter of Democratic presidential candidate former Vice President Joe Biden outside of a polling place at the North Dade Regional Library on Election Day, Tuesday, Nov. 3, 2020, in Miami Gardens, Fla. | Lynne Sladky/AP

By **DANIEL LIPPMAN**
07/15/2025 10:09 AM EDT

   

A messy fight between the current and former leadership of Vote.org is escalating.

Debra Cleaver, the nonprofit's founder, said she has filed complaints with four states' attorneys general alleging that the high-profile voter registration group has defrauded donors, including by vastly inflating the number of voters it could register in 2024, financial mismanagement and using charitable funds for the personal benefit of its current CEO.

Advertisement

AD

The allegations follow a wrongful termination suit from Cleaver over her firing in 2019 and have prompted a new threat of litigation from the group over what it called a "sustained and vindictive campaign rooted in misinformation."

Vote.org counsel Vanessa Avery, a partner at McCarter and English, vigorously denied the claims by Cleaver, saying they were "categorically false."

In the 28-page complaint, shared first with POLITICO, Cleaver alleged there was no serious plan for the group to deliver on its pledge to register 8 million voters for the 2024 cycle, which would have been more than the total number of voters it had registered during its entire 14-year history. Vote.org ended up registering 2.2 million voters in the 2024 cycle.

Cleaver, who now runs a similar group called VoteAmerica, filed the complaint with the attorneys generals of New York, California, Pennsylvania and Georgia. POLITICO independently verified all filings except the one in Georgia. Among her claims: that the group originally set an internal goal to register 6 million voters, but that was increased to 8 million to avoid the "symbolism of 6 million Jews murdered in the Holocaust."

"The fact that Vote.org ultimately failed to register 8 million voters is inconsequential to the organization, because that was never the true goal," Cleaver said in the complaint. "The goal was staying afloat, attracting donor attention, and retaining relevance through the illusion of scale."

Advertisement

AD

The organization is one of the biggest nonpartisan voter registration vehicles in the country, but it has come under scrutiny in recent years over its internal management. The complaint points to the example of Taylor Swift, who previously worked with the group. But last year, when Swift endorsed Kamala Harris, she directed fans to go to Vote.gov to register instead of plugging Vote.org. The complaint alleges a Daily Mail story on internal turmoil at the group helped cause Swift to avoid touting the organization again. (A Swift spokesperson didn't respond to a request for comment.) Vote.org's spending and alleged internal dysfunction was also the subject of a Chronicle of Philanthropy investigation last year.

The complaint also alleges that donor money was inappropriately used to pay for Vote.org CEO Andrea Hailey's personal travel and notes a jump in expenses on Vote.org's "travel conferences and meetings" totaling more than $275,000 in 2023. It also notes that IRS documents show that Vote.org spent almost

$600,000 on legal fees in 2023 versus $89,000 in 2019 as the organization fought wrongful termination lawsuits from Cleaver and another employee.

In the Cleaver case, she sued Vote.org and one of its human resources vendors. The suit between Cleaver and Vote.org was dismissed with prejudice with both parties dropping their claims and no money was exchanged between Vote.org and Cleaver, according to the settlement agreement. The agreement shows the HR vendor paid her $50,000 in a separate deal which said Vote.org would not reimburse the vendor.

The attorneys general complaints also made claims, which POLITICO has not independently verified, that Vote.org has paid for private security for Hailey even though Cleaver says staff haven't received any threats against Hailey. Vote.org told the Daily Mail that Hailey did receive threats.

"For the past six years, she has organized a sustained and vindictive campaign rooted in misinformation, aimed at discrediting this organization and its leadership," Avery, the Vote.org counsel, said in a statement.

Advertisement

AD

"Her wrongful termination lawsuit was withdrawn with prejudice, and she is now resorting to even more desperate and baseless tactics. We will be filing a defamation claim in the near future and will vigorously defend against these lies." She also said that they have emailed the state attorneys generals to rebut her claims.

Avery defended the high voter registration target for 2024, which Vote.org did not meet. "Successful organizations set ambitious goals -- no one aims for underperformance," she said. "We set bold targets because the stakes are high." She said the group has registered more voters than any other organization in American history; Score could not independently verify this.

When asked why she filed the complaints, Cleaver told Score in a statement: "As the founder, I would like nothing more than Vote.org to succeed. Unfortunately, for five years now Vote.org has been racked by a series of financial, governance, and ethical lapses."

A spokesperson for the New York attorney general's office said they've "received the complaint and are reviewing." Spokespeople for the other states' attorneys generals didn't respond to a request for comment.

*Like this reporting? Subscribe to* Morning Score.

## Playbook



The unofficial guide to official Washington, every morning and weekday afternoons.

**EMAIL**

Your Email

**EMPLOYER**

Employer

**JOB TITLE**

Job Title

* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service . You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here . This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SPONSORED CONTENT



**Donald Trump's Golf Footage Sparks Curiosity About His Legs**

TMSPN



**Kate Middleton Sad News Regarding Prince George**

TipHero



**Barack Obama Admits to "Deep Deficit" in Marriage with Michelle**

TipHero



**Injured in an Accident? We're Here To Help**

Contact today to schedule a free consultation

RAM Law



**Your Card Payment Has Failed? Update payment...**

McAfee



**Every American Should Be Using This Retirement Loophole In 2025**

If You're Not Using This IRS Loophole, You Should Be

Goldco

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map


Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

───────────────

© 2025 POLITICO LLC

To whom it may concern,

My name is Debra Cleaver, and I am the founder of Vote.org, EIN 26-2094990.  I am writing to file a formal complaint against my former organization for an array of inappropriate behavior, including private inurement, misappropriation of charitable funds, and a national fraudulent fundraising campaign.  This behavior has been going on for years now, and there is no indication that it will stop without governmental intervention.

I can be reached via email at debra.cleaver@gmail.com, and via cell phone at 917-882-0405.

I thank you for your attention to this matter.



---

# Table of contents

**Introduction and Overview**............................................................................................................ 2
**Section 1: Fraudulent and misleading fundraising campaign**........................................... 4
    Impact on peer organizations.................................................................................................. 10
**Section 2: Excessive Compensation**.......................................................................................... 11
    Compensation Summary........................................................................................................... 11
    Benchmark Comparison............................................................................................................ 11
    Andrea Hailey Lacks Relevant Prior Professional Experience........................................ 12
**Section 3: Private Inurement**........................................................................................................ 14
    Travel and Accommodations.................................................................................................... 14
    Security Detail............................................................................................................................. 15
    Hair, Makeup, and Appearance Management...................................................................... 15
    Public Relations and Media...................................................................................................... 16
    Legal Expenses........................................................................................................................... 16
    Summary....................................................................................................................................... 16
**Section 4: Form 990 Reporting Irregularities**......................................................................... 17
    Unexplained Legal and PR Expenditures............................................................................. 17
    Millions in "Other" and "Miscellaneous" Expenses............................................................ 17
    Compensation Disclosure Irregularities................................................................................ 18
    Reclassification of Former Employees as Consultants....................................................... 19
    Discrepancy Between Reported Cash and Layoffs.............................................................. 19
    Growth in Overhead and Non-Programmatic Spending..................................................... 19
    Summary....................................................................................................................................... 20

**Section 5: Meighan Stone Lawsuit and Chronicle of Philanthropy Investigation**..........................20

    Federal Lawsuit by Meighan Stone (October 2023)...........................................................20

    Chronicle of Philanthropy Investigation (May 2024)..........................................................21

    Patterns Confirmed Across Lawsuit and Reporting............................................................22

**Conclusion and request for investigation**..................................................................................23

**Sources and references**............................................................................................................26

**Exhibit list**...............................................................................................................................27

---

# Introduction and Overview

**At a Glance (2023-2024 Fraudulent Campaign Complaint)**

As is detailed in later sections, Vote.org's 2023 registration campaign is at the core of this complaint. The highlights of this are:

- Vote.org claimed it would register 8 million voters in 2024, a number 160% higher than its total output over the previous 14 years.

- No plan, budget, or operational structure to achieve this goal was ever released.

- The plan was announced in a paid full-page color ad on September 21, 2023 in a national edition of the New York Times, suggesting high expected return on the announcement.

- The organization continued fundraising on this false claim for over a year.

- Multiple lawsuits, EEOC complaints, and resignations from senior staff cite financial mismanagement and excessive executive compensation.

- $25 million in donor funds were pledged for a program that never publicly existed, less than one month after laying off five of its under 20 person staff in April 2024.

- Vote.org used charitable funds for the personal benefit of its CEO while laying off core staff and withholding financial disclosures.

**At a Glance (Financial Mismanagement under Hailey)**

This campaign came on the heels of wildly public financial and partner (in various meanings of the word) mismanagement under Andrea Hailey. In the five years that Andrea Hailey has served as CEO of Vote.org, the organization has had:

- Multiple wrongful termination lawsuits, including from the founder and former CEO and the Chief of Staff

- Numerous EEOC complaints for discriminating against pregnant or disabled employees

- A Chronicle of Philanthropy Investigation surfaced numerous governance and fiduciary issues, including federal and state documents signed by a former consultant in place of a current officer or director. The investigation highlighted over $3.4M in unexplained expenses classified as "miscellaneous" or other"

- At least two failed financial audits, one of which uncovered material defects and one of which uncovered significant defects (the 2025 audit is not yet available)

- Extensive national coverage of financial mismanagement, including Time.com, The Chronicle of Philanthropy, Vox.com and the Daily Mail

- The resignation of two COOs in 4 years

- Exponential growth in non-programmatic expenses including, but not limited to: over $700,000 in legal expenses and over $700,000 in PR expenses

- Excessive executive compensation that both went against consulted firm's report and that has not been altered as a result of negative performance

- The resignation of the VP of Fundraising, who resigned due to ethical concerns

- Fundraising non-compliance in 21 states

- Burning through a 4.7M surplus in under a year, leading to layoffs off almost a third of the staff during a presidential election year

- A year-long fraudulent fundraising campaign that started with a $100,000 full-page ad in the NYT and continued with 10s of millions, if not 100s of millions, of fraudulent fundraising emails

- Destroying the relationship with the largest donor ($22M over three years) to such an extent that the donor publicly disavowed with org in the press

- Losing the Taylor Swift relationship after 6 years, in direct response to the Daily Mail article

This formal complaint is submitted to the New York State Attorney General and the Internal Revenue Service to request investigation and enforcement action against Vote.org, a 501(c)(3) tax-exempt organization headquartered in California and operating nationally. The complaint documents evidence of fraudulent solicitation, material misrepresentation, private inurement, excessive executive compensation, and deliberate violations of public trust from 2023 through 2025. This builds on five years of a pattern of mismanagement with escalating legal implications.

These actions appear to violate IRS regulations on charitable solicitation and reporting, as well as New York State Executive Law § 172, which governs nonprofit conduct and fiduciary responsibility for organizations soliciting within the state.

The complainant, Debra Cleaver, is the founder and former CEO of Vote.org, and has remained an active donor and observer of the organization. Her knowledge is supported by internal records, press

coverage, and corroborated testimony from multiple former senior staff, including individuals who have filed legal action and participated in investigative reporting.

At a time of unparalleled scrutiny toward charitable nonprofits — including the grounds for what would become the Department of Governmental Ethics cuts and congressional subcommittee hearings — Vote.org positioned itself as a singular force capable of swaying the 2024 election. It publicly claimed it would register 8 million voters, despite never coming close to that scale. Internally, there was no plan. The campaign was not previously planned as late as August 2023 according to former staff. The number was arbitrarily raised from 6 to 8 million in a September 2023 staff meeting, not for strategic reasons but to avoid Holocaust associations.

The fact that Vote.org ultimately failed to register 8 million voters is inconsequential to the organization, because that was never the true goal. The goal was staying afloat, attracting donor attention, and retaining relevance through the illusion of scale. The real consequences were external. Other civic organizations struggled to meet their own goals in the shadow of Vote.org's inflated narrative. Funders diverted money to a campaign that did not exist. Most troubling, the historically underrepresented communities that Vote.org was founded to protect and register may have been left with fewer resources, fewer touchpoints, and fewer votes cast as a result.

In April 2024, amid mounting scrutiny and layoffs, Vote.org doubled down. Its CEO pledged a $25 million program, calling it the largest voter registration campaign in U.S. history (a categorically false claim to begin with). Again, this was done without documentation, strategy, or independent review. The figure was widely publicized. No formal plan has ever been released. No budget breakdown exists. The 8 million figure remains on Vote.org's website today.

This was not incompetence. It was deception, calculated and sustained. Vote.org used public trust and charitable status to raise millions of dollars under false pretenses. Donor money was used for luxury travel, professional grooming, security, and personal public relations for its CEO. These benefits were not extended to other staff and had, at best, loose connections to the organization's mission.

Vote.org's Board of directors failed in its legal and fiduciary obligations to provide oversight. Instead, it enabled executive overreach and misrepresentation. The board's inaction allowed mission drift, financial opacity, and unchecked personal enrichment to flourish at the expense of the organization's stated purpose.

This is nonprofit failure at its most corrosive. It happens when accountability erodes, when performance is manufactured, and when consequences are borne not by the guilty but by the public good.

In addition to detailing the year-long campaign and its various abuses, this complaint details a systemic pattern of financial malfeasance and behavior from the organization starting after my wrongful termination.

# Section 1: Fraudulent and misleading fundraising campaign

This section outlines Vote.org's repeated and documented use of a publicly stated goal to register 8 million voters in 2024 as the basis for fundraising solicitations. The claim was included in a full-page New York Times ad (national edition), in at least 100 million email fundraising appeals, on social media, and in interviews with the press from September 2023 through mid-September 2024. The organization benefited, and likely exploited, from a general lack of public understanding around voter registration campaigns, both what is possible and what has historically been achieved.  The chart below shows the number of people Vote.org registered from 2008-2022.  The numbers come from the Independent Voter Registration report, which is produced by Tufts University every two years at the behest of donors. Tufts uses the voter file to confirm the number of unique applicants successfully registered by each participating nonprofit during the year. This number is almost always lower than the number self-reported by the nonprofits, since not every potential registrant is successful.  The IVR report is a source of truth for anyone who runs voter registration drives.  The report is technically confidential, but I'm certain they will share it with you if asked.

| Year | Unique voter registration applicants | Notes |
|------|--------------------------------------|-------|
| 2008 | 12,608 | |
| 2010 | 5,875 | |
| 2012 | 100,956 | |
| 2014 | 15,847 | |
| 2016 | 593,096 | |
| 2018 | 889,096 | |
| 2020 | 2,875,984 | |
| 2022 | 514,381 | This is trending down from 2018 |
| **Totals** | **5,007,843** | |

From 2008-2022, a 14 year period, Vote.org registered just over 5 million people. The idea that Vote.org would register 160% of their lifetime total in a single calendar year, without any transformational addition of tools or programming, and at a time of increased innovation by competitor voter registration organizations, was not a credible claim. This did not stop the the organization from going on to spend a full calendar year fundraising around this goal. The fundraising campaign launched with a full-page ad in the national edition of the New York Times, and continued in paid media placements and social media advertising via relentless fundraising emails. The email campaign was particularly aggressive: Vote.org sent multiple emails per week for a full calendar year, and sometimes even sent multiple emails in a day. The Vote.org list is one of the largest email lists in the country: conservatively, I would estimate that Vote.org sent at least 100 million fundraising emails with the 8

million registration goal.  (The exact number could be provided by ActionNetwork.org, Vote.org's email provider, or by Authentic.org, Vote.org's email fundraising firm at the time.)

Vote.org ultimately reported registering 2.2 million voters. The organization did not offer an explanation for the shortfall. The 2.2 million voter number was self-reported and is likely inflated: the true number will be available with the next release of the Tufts IVR report.

The following is a chronological account of events and evidence.

### September 2023

On September 23, 2023, Vote.org placed a full-page, full-color advertisement in the national edition of *The New York Times* stating that the organization was "pledging to register 8 million voters ahead of the November 2024 election." The ad included Vote.org branding and a call to action for public engagement. From talking with former staff at the organization, it is clear that there was no organization plan or strategy to secure this number as late as July 31, 2023. It was on or after September 11, 2023, when members of the team met internally to discuss buying the ad that the team switched the campaign goal from 8 million to 6 million because of an off-hand comment made by a staff member about the symbolism of 6 million Jews murdered in the Holocaust.

A full-page, full-color print ad in the national edition of the *New York Times* costs *at least* $50,000. This ad represented a significant fundraising campaign investment.  A copy of the ad is included as an exhibit to this complaint.

### January - September 2024

From January - September 2024, Vote.org included the 8 million registration goal in almost every single email-based fundraising appeal.  Vote.org ran an aggressive email fundraising program: they sent emails almost every day, and occasionally sent multiple emails in a single day.  In each email, the 8 million registration claim was used to justify urgent appeals for donations.  Conservatively, Vote.org sent 100 million fundraising emails stating their goal to register 8 million people to vote before the November election.  (Vote.org's email provider, ActionNetwork.org could supply the exact number of emails sen)

Vote.org repeated the 8 million registration goal in press releases, on social media, on the Vote.org blog, and on other earned and owned media placements.  This goal of "8 million registrations" formed the backbone of Vote.org's entire 2024 fundraising strategy.

At no point did Vote.org release any materials explaining how the 8 million registration goal was forecasted, nor did Vote.org release a plan to achieve this astonishing feat. No documentation has been identified showing operational plans, staffing increases, partnerships, or deployment strategies consistent with an 8 million registration target. No public-facing performance benchmarks or interim progress reports were released.

Kelsea Pym, a former Vote.org employee, has confirmed to me that there was no internal discussion around this goal, and that she was actively discouraged from discussing this goal with the Vote.org partners.  Pym also informed that the 8 million registration goal was understood to be unattainable by Vote.org staff, and that it was never treated as an actual organizational goal.

**March 2024**

In early 2024, significant staffing changes occurred at Vote.org:

- Chief Operating Officer Kaitlyn Unger resigned, citing ethical concerns.

- Director of Communications Nick Morrow resigned soon thereafter.

- The organization laid off another five employees, including the Vice President of Fundraising (Brice Barners) and the Director of Partnerships (Kelsea Pym).

- No adjustments were made to the organization's 8 million voter registration goal in the wake of these departures.

- Within a week of the layoffs, The *Daily Mail* published a critical article covering Vote.org's internal instability, staff departures, and questionable public messaging. You can access the article online by clicking here. At least half a dozen former employees participated in the article. All article participants highlighted ongoing governance and fiduciary issues, a lack of executive leadership, and a lack of financial transparency, and a lack of board oversight. Several employees cited Andrea Hailey's excessive and frivolous spending, which they considered unrelated to the organization's mission.

- An executive representing Mind the Gap, Vote.org's largest investor, also spoke with the Daily Mail.  This person informed that Mind the Gap had invested $21 million dollars in Vote.org's radio program, but would be withholding future investment due to Vote.org's "poor management" and "high administrative costs".

- No adjustments were made to the organization's 8 million voter registration goal in the wake of the loss of Mind the Gap funding.

**April 2024**

On April 19, 2024, Vote.org CEO Andrea Hailey gave an interview published in *The Hill*, in which the organization reaffirmed the 8 million registration goal. This article was placed by Precision Strategies, a communication firm that appears to have placed the story in response to the Daily Mail article released the prior month.

Andrea Hailey told the reporter that *"Vote.org is launching its largest-ever voter registration campaign, aimed at adding 8 million voters for the 2024 cycle."* She also told the reporter that Vote.org intended to

deploy $25 million to achieve this target. Andrea Hailey described this investment as "the single largest dedicated voter registration expenditure in history." A full copy of the article is included as an exhibit. Click here to read the article online. It is worth noting that $25 million is far from the "largest voter registration expenditure in history."

Vote.org did not publicly release any details of this $25 million campaign at this time. Former Vote.org employees confirm that there had never been a $25 million plan in the works, and that this number, much like the 8 million registration goal, was invented by Hailey.

At the time the Hill article was published:

- Mind the Gap, Vote.org's largest donor had publicly withdrawn support for the organization, citing excessively high administrative fees. Mind the Gap had contributed over $21 million dollars between 2020 and 2022;

- Vote.org was fighting two lawsuits filed by former employees: the wrongful termination suit that I filed in August 2022, and the wrongful termination suit that former Chief of Staff Meighan filed in October 2023.;

- The COO and the Communications Director had resigned;

- Five employees had been laid off, including the VP of Fundraising and the Director of Strategic Partnerships, leaving Vote.org with a skeletal staff

- Vote.org had confirmed to the laid off employees, and to the press, that the layoffs were due to funding issues;

- The Daily Mail had already written an article citing "turmoil at Vote.org";

- *The Chronicle of Philanthropy* had initiated an investigation into the organization's conduct and leadership.

Despite the above, Vote.org continued fundraising around the goal of registering 8 million people to vote in 2024.

**May 2024 - August 2024**

On May 9, 2024, *The Chronicle of Philanthropy* releases an investigative report on Vote.org titled "Turmoil at Vote.org: The voter-registration group once promoted by Taylor Swift has been wracked by resignations, layoffs, and regulatory lapses. Former employees blame the CEO." The article highlights mismanagement, governance issues, excessive compensation, private inurement, and an absentee or indifferent board.  The investigation is the first press coverage on the lawsuit filed by Meighan Stone, former Senior Advisor and Chief of Staff. The article is attached as an exhibit and is also available online at https://www.philanthropy.com/article/turmoil-at-vote-org

On May 21, 2025, Vote.org updated their about page. This version (which is still live and also attached as an exhibit) includes the following. "**In 2024, Vote.org has set an ambitious goal of registering 8,000,000 new voters. We have already registered 500,000 new voters this cycle, including more 18 year olds than any previous election cycle.**"  This appears to be the first public update on progress toward the 8 million registration goal.  Click here to view the about page.  It is also attached as an exhibit.

Vote.org continued to fundraise based on the 8 million registration goal throughout spring and summer of 2024. Fundraising emails sent during this time continued to reference the figure without updates on progress or feasibility.

In early August 2024, I stopped receiving fundraising emails from Vote.org. I was subscribed under two addresses (debracleaver@gmail.com and debracleaver+vdo@gmail.com), and I was an active monthly donor as well. This had to have been deliberate, since I did not unsubscribe myself. Several associates of mine continued to receive email fundraising appeals with the 8 million registrant goal.

**September–October 2024**

On September 4, 2024, Vote.org announced via email that it had reached 1 million people registered in 2024. The 8 million registration goal was not mentioned.

On September 5, 2024 Vote.org sent additional fundraising emails stating their intention to register 8 million people in 2024.  From what I can tell, this was the last time Vote.org publicly mentioned the 8 million registration goal.

On September 6, 2024, Vote.org announced on Instagram and the Vote.org blog that they had registered 1 million people to vote in 2024.  The 8 million goal was not mentioned.  You can access the blog post by clicking here.  You can access the instagram post by clicking here.  (Both are also included as exhibits).

On September 10, 2024, Taylor Swift publicly endorsed Kamala Harris and encouraged her fans to visit Vote.gov to register to vote. As a result, over 400,000 people registered to vote at Vote.gov.  (Click here to read the NPR news story).  This was an objectively devastating blow to Vote.org, since it marked the end of what had been a six year relationship with Taylor Swift. The decision to promote Vote.gov instead stemmed from the unfavorable press coverage Vote.org had received in the Daily Mail earlier in the year.

Vote.org's aggressive fundraising campaign centered around registering 8 million people to vote in 2024 kicked off with a full-page ad in the NY Times in September 2023, continued with an aggressive email fundraising campaign, was repeated in the press, and then simply disappeared as if it had never existed a full year later.

**October 2024**

In early October 2024, Vote.org announced via email and on social media that they had reached 1.5 million voter registrations in the 2024 cycle. You can see the post by clicking here.  (it is also included as an exhibit).  This was the second and final update on progress toward the 8 million goal.  This announcement coincided with the voter registration deadlines passing in at least 20 states.  In the remaining states, voter registration takes place in person at the polls.  The window of opportunity for new registrants via Vote.org was all but closed.

## Post-Election and 2025

Post election, Vote.org repeatedly announced in fundraising emails that they had registered 2.2 million voters in 2024.  This was announced in a celebratory fashion.  There was no acknowledgement of the initial 8 million registration goal, and no explanation for the 5.8 million shortfall in promised registrations.

The 2.2 million registration number was repeated in the organization's 2024 Impact Report.  This number is self-reported by Vote.org, and may be inflated.  The true number will remain unknown until the next IVR report is released.

## June 2025

As the date of this filing, the following are true:

- Vote.org has not publicly disclosed how the original 8 million registrations figure was developed, nor has the organization released a plan for achieving this goal.

- Vote.org has not provided an explanation for why they fell so short of the 8 million registration goal.

- The 8 million registration goal remains live on Vote.org's About page and has not been corrected. You can access the page here: https://www.vote.org/about/.

- The Vote.org 2024 impact report has been released, but does not acknowledge the original 8 million registration goal.  The report also does not describe any large-scale programs with significant expenditures. The report does not include any information on revenue or expenses: this information is standard in nonprofit impact reports, and its omission is noteworthy. You can access the impact report here: https://www.vote.org/publications/2024_impact_report.pdf;

- Vote.org has not publicly disclosed how much money they raised and spent in 2025.  While Hailey did inform The Hill that Vote.org was going to spend $25 million on voter registration, the veracity of this claim remains unclear.

## Impact on peer organizations

Vote.org's decision to publicly and repeatedly claim that it would register 8 million voters in 2024 affected the broader nonprofit voter registration ecosystem. The number was unusually high and widely

promoted. According to Kelsea Pym, who served as Director of Partnerships at Vote.org until her layoff in March 2024, this claim made it difficult for other organizations to fundraise. After her departure, Pym worked as a seasonal hire at HeadCount.org, where she observed that Vote.org's 8 million goal made HeadCount's verified registration numbers and realistic targets appear small by comparison.

There are limited resources available for nonpartisan voter registration efforts. Organizations that tell the truth about their projected impact often cannot compete with organizations that make exaggerated or misleading claims. The money donated to Vote.org during this period likely came at the expense of other groups that would have used those funds for verifiable voter registration outcomes.

# Section 2: Excessive Compensation

Between 2020 and 2023, Vote.org paid Andrea Hailey approximately $1.2 million in salary and bonuses. Hailey had no prior experience as a nonprofit executive, and available public records do not support the credentials cited in her professional biographies. Her compensation exceeded industry norms for comparable organizations, and her base salary remained high even as the organization began running deficits and reducing staff.

## Compensation Summary

Vote.org's IRS Form 990 filings show the following compensation data for Andrea Hailey:

- Calendar Year 2020: $190,787 in base salary

- Calendar Year 2021: $246,542 in base salary, no bonus reported

- Calendar Year 2022: $220,000 in base salary, plus $31,420 bonus (total: $251,420)

- Calendar Year 2023: Compensation not yet disclosed. This IRS filing was due on May 30, 2025. Vote.org has not posted this 990 on their website, and ignored Adrienne Shaw's written request for a copy.)

Hailey's compensation was consistently high despite changes in fiscal condition.  Hailey's starting salary in 2020 was $40,000 higher than my ending salary, despite the fact that I have considerably more professional experience than she does.  During the first 6 months of 2021, Vote.org ran a $946,698 deficit.  Despite this deficit, the Vote.org Board increased Hailey's salary by $55,000 (28%) in 2021.  Over the next 12 months, Vote.org ran a $1.2M deficit.   This relevant 990 shows that Hailey's base salary decreased by $26,542, but she received a $31,420 bonus, bringing her total compensation above her 2021 compensation. (NB: It seems unlikely that the Board actually reduced her base salary, and more likely that she received a bonus in both 2021 and 2022, and that the earlier bonus was not reported on the 990).

Vote.org has not published any performance review or compensation committee memo to explain the bonus structure. A former senior employee, Meighan Stone, alleged in a lawsuit that the bonus was awarded without a performance review.

## Benchmark Comparison

Vote.org is incorporated in San Francisco, CA but has always been an all-remote team.  During my tenure, salary ranges were based on the cost of labor and cost of living in an employee's home city. Employees who were not based in the San Francisco Bay Area were not paid San Francisco Bay Area salaries. Now-former employees confirm that this compensation system remained intact following my termination, with one notable exception: Andrea Hailey.

Andrea Hailey resides in Indianapolis, Indiana. Salary survey data published by CharitableAdvisors.org, which tracks compensation among Indiana-based nonprofits, shows that the median compensation for a CEO at at an organization with 11–30 full-time employees was as follows:

| Year | Staff Size | Median CEO Compensation |
|------|-----------|------------------------|
| 2018 | 11-30 | $101,000 |
| 2021 | 11-30 | $109,000 |
| 2023 | 11-30 | $128,000 |

Hailey's reported compensation exceeded these median benchmarks by approximately 100 percent in 2020, 2021, 2022, and 2023. These benchmark reports have been publicly available during the entire period of Hailey's tenure. They are available online at: https://charitableadvisors.com/resources/.  The relevant pages are also included as exhibits.

Vote.org engaged Keating Advisors, a compensation consulting firm, during Hailey's tenure. According to documents reviewed in this complaint and submitted in my prior filing with the NYS Attorney General, Keating Advisors established salary bands that were indexed to Oakland, California. Keating also documented how the cost of labor varies across cities in which Vote.org has employees, and emphasized the importance of adjusting the Oakland salary bands for less expensive cities.  Keating noted that Indiana labor is significantly less expensive than Oakland labor.   Keating established salary bands with a minimum of $60,000 to a maximum of $200,000 for Oakland-based employees.  At the time this report was commissioned, Hailey was paid $221,000 per year. Based on Keating's research, the Vote.org board should have reduced her salary considerably; instead they increased it by $30,000.

## Andrea Hailey Lacks Relevant Prior Professional Experience

Andrea Hailey has published various professional biographies over the years. (I am attaching a compilation of her bios as an exhibit.) Her evolving bios contain an array of impressive sounding claims. These claims, however, are unsupported by evidence. Over the years she has claimed the following:

- Worked on 40 to 50 congressional campaigns

- Advised two U.S. presidents

- Raised over $1 million in under 60 days for the Martin Luther King Jr. Memorial in 2007

- Worked for or advised Barack Obama, Michelle Obama, Senators Chris Coons and Tom Udall, the DSCC, the DCCC, the Delaware Democratic Party, and North Carolina Attorney General Roy Cooper

- To have gotten her start in politics working for Representative Robert Kennedy.  This last one is her most consistent claim, and even appears in her New York Times wedding announcement.


FEC records show that Hailey worked on exactly one: the self-financed Myers for Congress, 2008. That campaign was based in Indiana's 7th congressional district, and Hailey was paid for four months of work. No other campaign payments to her are reported in the FEC database. (NB: Dr. Woodrow Myers appears to have been a family friend, and his daughter Kimberly Myers is currently the Board Chair of Vote.org.)

When asked about the "40 to 50 congressional campaigns" claim by a reporter from the *Daily Mail*, Hailey explained that she had worked for the House Majority PAC (HMP). FEC data shows that Andrea Hailey did not work for HMP.  This data shows one reimbursement payment of $8,468.80 in 2014, and a one-time payment of $15,850 in 2015 labeled "fundraising consulting services." There is no record of payroll or salary payments to Hailey from HMP, nor any indication that she was employed there. Importantly, HMP is a Super PAC and is legally prohibited from coordinating with campaigns, so this could not possibly be the explanation for working on "40-50 campaigns."

*The Chronicle of Philanthropy* reporter pushed harder for an explanation of the "40-50 campaigns." This time, Hailey or her representative stated that Hailey had been employed by two political consulting firms, where she had written TV and mail scripts and had purchased TV ads.  No records of this work have been made public, and the firms were not named in the article.  While it is possible that these two firms combined had 40-50 political clients, there is a world of difference between "working on 40-50 political campaigns" and "working for two direct mail firms."

Publicly available databases also show that Hailey has never worked for the federal government (FederalPay.org) and has never worked for a member of Congress (Legistorm.org). This means that Hailey was not employed by Representative Robert Kennedy in any conventional sense.  For years, Hailey's Linkedin indicated that she had a "finance" position with Rep Kennedy. She removed this entry

at some point.  During an interview with The Fulcrum, Hailey stated that she was an intern for Kennedy on the constituent services team.  This is an unpaid position that involves answering the phones.

There is no evidence that she worked for the Alpha Phi Alpha Fraternity or The Washington, D.C. Martin Luther King Jr. National Memorial Project Foundation, the official entities involved in the MLK Jr. Memorial campaign. According to Adrienne Shaw, who served as Vote.org's Vice President of Fundraising, Hailey volunteered as a cold-caller for the MLK Foundation. Shaw stated that Hailey connected with a corporate donor who had already committed to giving $1 million. No documents indicate that Hailey was responsible for securing that gift.

FEC records show that Hailey frequently lists "Hailey Consulting" as her employer when making political donations. No disbursements to Hailey Consulting are recorded in FEC data between 2000 and the present.

Hailey has repeatedly described herself as having "over two decades of political experience" or "nearly two decades" of political experience. These claims are not substantiated by any publicly available work history or documentation. Andrea Hailey's prior verifiable experience is limited to a few months of employment on one self-funded Congressional campaign in 2006 (the year she graduated college).

When asked by *The Chronicle of Philanthropy* to justify Andrea Hailey's appointment as [Vote.org](https://vote.org) CEO and compensation package, the [Vote.org](https://vote.org) board cited her "prior political experience" and did not provide further details.

Hailey is active on LinkedIn and posts regularly.  You can access her profile here: [https://www.linkedin.com/in/andrea-hailey/](https://www.linkedin.com/in/andrea-hailey/). Her Linkedin resume consists of exactly two jobs: CEO of LinkedIn and Founder of Civic Engagement Fund. Hailey's LinkedIn shows that she holds both positions currently, which would make her a part-time CEO at [Vote.org](https://vote.org).

Civic Engagement Fund is where Hailey claimed to work when I met her in 2017.  There is no evidence that Civic Engagement Fund exists beyond a sparsely populated website: [https://civicengagementfund.org/](https://civicengagementfund.org/).  I believe this was a fiscally sponsored project of Arabella Advisors, and one that shut down suddenly following accounting irregularities.  I would recommend contacting Shelley Whelpton, Senior Managing Director of Arabella Advisors for further detail

# Section 3: Private Inurement

From 2020 through 2024, Vote.org allocated substantial resources to executive benefits and amenities that were unrelated to its charitable purpose. These included luxury travel, professional grooming services, private security, and promotional media. These expenditures directly benefited the organization's CEO, Andrea Hailey, and were not extended to other staff. Based on IRS guidelines, the use of charitable funds for the personal benefit of an individual in a position of control is considered private inurement.

## Travel and Accommodations

Vote.org's IRS Form 990 filings disclose the following travel and meeting expenditures:

- FY2020: $7,443 in travel, conferences and meetings.

- FY2021: $8,896 in travel, conferences, and meetings (six-month filing).

- FY2022: $36,230 in travel, conferences, and meetings.

- FY2023: $276,667 in travel conferences and meetings

These figures show a more than seven-fold increase in travel-related spending between FY2022 and FY2023. During this time, Vote.org did not operate field programs or host large in-person events, and no other staff are known to have routinely traveled on behalf of the organization.

Former senior staff—including Director of Partnerships Kelsea Pym, VP of Fundraising Adrienne Shaw, and Communications Manager Lauren Brown—have reported that Andrea Hailey routinely booked first-class flights and five-star hotel accommodations. These trips were described as "fundraising trips," but multiple staff confirmed that the travel was tied to Hailey's personal social calendar. Pym stated that the team would often have to scramble to find donors for Hailey to meet with to justify the trip. Destinations included events such as the Super Bowl, Art Basel, Aspen Ideas Festivals, and Martha's Vineyard.

The Vote.org's travel policy that I created as CEO was based on the federal government's per diem rate system and did not permit luxury travel. As the founder and former CEO, I can confirm that this policy was in place during my leadership and was known to all staff. This policy existed during Hailey's tenure on the board and remained active when she became CEO. Hailey served on the board of directors prior to becoming CEO and would have been aware of the policy.

Excessive travel expenses are also well documented in Meighan Stone's lawsuit against Vote.org. In this lawsuit, Stone is clear that she raised concerns with Board members about Hailey's travel expenses several times, and that the Board refused to intervene.

## Security Detail

According to the *Chronicle of Philanthropy*, Vote.org also paid for armed private security for Hailey. A Board member stated that this was due to Hailey having received "thousands of death threats."  No other Vote.org staff reported seeing or receiving such threats. Adrienne Shaw and Kelsea Pym both confirm that police reports pertaining to death threats were never filed while they were employed at Vote.org. The same *Chronicle* article states that someone broke into Andrea's hotel room while she was traveling. Adrienne Shaw and Lauren Brown have both conveyed to me what actually happened: Andrea Hailey locked herself out of a hotel room while intoxicated. She called Lauren Brown and demanded that Lauren Brown fix this situation. Lauren then called Adrienne Shaw. Adrienne then called

the hotel directly and asked that security let Andrea back into her hotel room. No police report was ever filed about this incident.

I have led nationally prominent nonprofit organizations since 2008 and have never received a death threat, credible or otherwise. If Andrea Hailey's experience has differed, it is a grave circumstance that I'm certain she would be willing to provide copies of the police reports that justify her need for expensive personal security.

## Hair, Makeup, and Appearance Management

According to former staff, Hailey required Vote.org to pay for professional hair and makeup services for all public appearances—including Zoom meetings. This was confirmed independently by Adrienne Shaw, Lauren Brown, and Kelsea Pym. These services were not extended to any other employees.

## Public Relations and Media

Vote.org's 990 filings also show significant spending on communications and public relations:

- FY2020: $461,018 classified under "management and general"

- FY2022: $256,000 under "management and general"

These expenses included hiring outside communications and PR firms and professional photoshoots. Adrienne Shaw, Lauren Brown, and Kelsea Pym have told me that the majority of PR activity was focused on raising Andrea Hailey's personal profile. This sentiment is echoed in Meighan Stone's lawsuit. The Vote.org employees agree that this work was unrelated to public-facing voter registration campaigns, and did not serve to advance the organizations' charitable mission.

Kelsea Pym added that Vote.org paid several thousand dollars for a photoshoot for Hailey to generate the photos that are used in the 2024 Vote.org impact report. The report includes at least half a dozen photos of Hailey.) The report does not include any photos of voter mobilization projects or campaigns.donors.

## Legal Expenses

Vote.org's 990 filings show significant spending on legal fees that were classified as "management and general" expenses

- FY2019: $89,056

- FY2022, $204,000

- FY2023, $587,000

These costs coincide with internal governance challenges and litigation by former employees. Based on timing and classification, it is likely that these funds were used to support leadership during internal disputes and to respond to complaints and lawsuits involving Hailey's conduct. These expenses were unrelated to Vote.org's mission of increasing voter turnout.

## Summary

Vote.org's expense records and staff accounts show that charitable funds were used to support a range of personal benefits for Andrea Hailey. These included first-class travel, luxury accommodations, professional appearance services, private security, and media services, in addition to significant legal spending. These benefits were not available to other staff and were not necessary for voter registration activities. As outlined in IRS guidance, nonprofit expenditures that disproportionately benefit a controlling individual may constitute private inurement.

# Section 4: Form 990 Reporting Irregularities

Vote.org's publicly filed IRS Form 990s from FY2020 through FY2023 show significant inconsistencies in compensation disclosures, expense classifications, and reporting of programmatic vs. non-programmatic expenditures. These irregularities raise concerns about financial governance, transparency, and compliance with nonprofit reporting standards.

## Unexplained Legal and PR Expenditures

Vote.org reported the following legal and communications costs under "management and general" expenses:

- FY2020: $461,018 for PR and communications

- FY2022: $204,000 in legal expenses and $256,000 in PR/communications

- FY2023: $587,000 in legal expenses

- In total: $717,018 in PR expenses and $791,000 in legal expenses that were not related to program

The 2023 legal expenditure coincides with the Meighan Stone lawsuit, significant internal staff departures, a *Chronicle of Philanthropy* investigation, and inquiries from donors. No explanatory notes were attached to the 990 filings detailing the purpose of these legal costs. No programmatic legal work is listed. With regard to the PR expenses: numerous former employees have confirmed that these PR expenses served to elevate Andrea Hailey's personal brand and profile, and did not serve to further Vote.org's charitable mission.

## Millions in "Other" and "Miscellaneous" Expenses

Between 2019 and 2023, Vote.org reported $3.5 million in vague or non-itemized expenses on its IRS Form 990s. These expenses were categorized under terms such as "other professional fees," "all other expenses," and "miscellaneous" without further explanation or supporting schedules. These entries appear in each of the five annual filings submitted since Andrea Hailey assumed leadership of the organization.

The table below summarizes the categories and totals drawn directly from Vote.org's public filings:

| Fiscal Year | Other Professional Fees | All Other Expenses | "Miscellaneous" or "Fees" | Total |
|---|---|---|---|---|
| 2019 | $340,720 | $0 | $508,251 | $848,971 |
| 2020 | $474,046 | $36,119 | — | $510,165 |
| 2021 | $325,753 | $14,198 | — | $339,951 |
| 2022 | $698,552 | $106,848 | — | $805,400 |
| 2023 | $934,912 | $21,883 | — | $956,795 |
| Total | | | | **$3,461,282** |

In total, Vote.org reported $3,461,282 in expenses across five years that were not clearly attributed to vendors, program activities, or administrative functions. These amounts were not explained in accompanying schedules, and no independent audit notes were attached to the filings clarifying their purpose.

In 2024, a reporter from the *Chronicle of Philanthropy* asked Vote.org's board to explain these categories. The organization declined. A board member stated that Vote.org was "not under any obligation to spell out expenses in greater detail."

Vote.org is a registered 501(c)(3) nonprofit. IRS regulations require public charities to disclose the purpose of major expense categories and itemize significant non-programmatic costs. Vague or unexplained entries that recur year over year—without vendor lists or board commentary—limit public accountability and may obscure misuse of funds.

The five Form 990s covering fiscal years 2019 through 2023 are included as exhibits.  They're also available online at the Propublica website:
https://projects.propublica.org/nonprofits/organizations/262094990


## Compensation Disclosure Irregularities

Vote.org's 990 for FY2021 (a six-month filing covering January–June 2021) lists Andrea Hailey's compensation as $0. At the time, she was serving as CEO. However, the organization's Statement of Functional Expenses for the same return lists $665,000 in "other salaries and wages." There is no explanation for the discrepancy or the omission of the CEO's salary from Part VII of the return.

In FY2022, Hailey's base salary decreased by $26,542 compared to 2021, and she received a $31,420 bonus. No performance evaluation or board review documentation is included with the filing. This same bonus was described in a federal lawsuit as having been awarded without a performance review. The discrepancy between 2021 and 2022 compensation figures raises the possibility that a bonus was paid in 2021 but not disclosed.

## Reclassification of Former Employees as Consultants

In FY2023, Vote.org reported a $142,000 consulting payment to Jason "Jake" Levine, a former full-time employee. Levine was a full time employee in 2018, 2019, 2020, and 2021. His prior salaries were reported on IRS Form 990 as employee compensation. The 2023 filing lists him as an independent contractor. The reclassification may have allowed Vote.org to avoid payroll taxes or reduce transparency.

No documentation was included to support a change in employment status. No rationale is provided for the shift to contractor classification. Levine was not replaced in any senior role.

## Discrepancy Between Reported Cash and Layoffs

Vote.org's FY2023 Form 990 states that the organization had nearly $4.7 million in cash on hand as of June 30, 2023.  Eight months later, Vote.org laid off over 25% of its staff, and blamed the layoffs on lack of funding.  This was the explanation given to employees, and later to the press and donors. The layoffs included two employees responsible for fundraising: the Vice President of Fundraising and the Director of Partnerships).

No budget report, strategic memo, or accounting document has been publicly provided to explain how Vote.org depleted a $4.7 million reserve in eight months.  This implies a burn rate of over $600,000 per month, during a period when Vote.org was not running any large scale programs. The public deserves to know where this money went.

## Growth in Overhead and Non-Programmatic Spending

Vote.org's IRS form 990s filings report the following breakdown of total expenses by functional category.  I was CEO in 2016, 2017, 2018; i was wrongfully terminated in August 2019. I can assure you that Vote.org was not on track to spend over $700,000 in "management and general" expenses prior to my termination.

| Fiscal Year | Total Expenses | Program Services | Management & General | Fundraising | % Programmatic |
|---|---|---|---|---|---|
| FY2016 | $1,146,482 | $946,084 | $52,531 | $147,867 | 83% |
| FY2017 | $1,748,373 | $1,415,378 | $168,969 | $164,026 | 81% |
| FY2018 | $10,429,841 | $9,688,572 | $407,712 | $333,557 | 93% |
| FY2019 | $3,225,308 | $2,329,914 | $759,827 | $135,567 | 72% |
| FY2020 | $14,011,806 | $12,572,335 | $906,290 | $533,181 | 90% |
| FY2021 (6mo) | $2,171,695 | $1,579,136 | $108,085 | $484,474 | 73% |
| FY2022 | $4,414,075 | $2,416,911 | $1,451,742 | $545,422 | 55% |
| FY2023 | $18,843,763 | $16,334,461 | $1,745,830 | $763,472 | 87% |

Andrea Hailey became acting CEO in October 2019 and official CEO in early 2020.  Under Hailey, Management and General expenses have grown exponentially.  In FY2022, only 54.7% of Vote.org's total expenses were allocated to programmatic work. Charity watchdog organizations, including Charity Navigator and the Better Business Bureau Wise Giving Alliance, generally expect a nonprofit to allocate at least 65%–75% of expenses to mission-driven programming. Vote.org's performance in this period falls well below that threshold.

## Summary

Vote.org's financial disclosures between 2020 and 2023 show persistent issues with transparency, classification of expenses, compensation reporting, and financial governance. Key examples include:

- Inconsistent salary disclosures

- Lack of documentation for bonuses and legal fees

- Reclassification of former employees as contractors

- Significant "management and general" spending with vague or no detail

- A public claim made by Board Member Maisha Leek to *The Chronicle of Philanthropy* that the organization was "not obligated" to disclose the nature of its spending.

These patterns indicate a systemic failure to follow nonprofit reporting standards and create substantial barriers to public accountability.

# Section 5: Meighan Stone Lawsuit and *Chronicle of Philanthropy* Investigation

In 2023 and 2024, a wrongful termination lawsuit and a comprehensive press investigation provided independent documentation of governance failures, financial mismanagement, and leadership breakdowns at Vote.org. These findings corroborate internal concerns raised by staff and donors and include serious allegations regarding misuse of funds, improper oversight, and violations of nonprofit compliance rules.

## Federal Lawsuit by Meighan Stone (October 2023)

On October 4, 2023, former Vote.org Chief of Staff Meighan Stone filed a lawsuit in the U.S. District Court for the District of Maryland against Vote.org and Insperity, the organization's external HR vendor. The complaint alleges violations of the Americans with Disabilities Act, retaliation, and wrongful termination. Stone was diagnosed with Long COVID during her employment and requested accommodations to continue her work.  Meighan Stone is a seasoned nonprofit executive: she previously served as CEO of the Malala Fund, and serves on numerous nonprofit boards.

Stone's lawsuit states that she joined Vote.org in August 2021 and served as Chief of Staff and Senior Advisor, reporting directly to CEO Andrea Hailey. According to the filing, she performed the core functions of a CEO while Hailey remained largely disengaged. These included managing budgets, running team meetings, developing strategy, and preparing board materials.

The lawsuit alleges that:

- Hailey repeatedly delegated core CEO responsibilities to Stone

- Hailey asked Stone to mislead the board about her (Hailey's) performance

- Stone raised concerns internally about financial practices and governance

- Stone repeatedly raised concerns about excessive spending on travel unrelated to Vote.org's key programs.

- After requesting disability accommodations, Stone was stripped of key responsibilities and then terminated

- The Vote.org board awarded Andrea Hailey a $30,000 "performance bonus" during a fiscal year with a $1M deficit.

The complaint further alleges that Vote.org failed to produce a written accommodations policy and bypassed basic HR protocol. Stone's termination occurred in December 2022. The lawsuit is pending.

## Chronicle of Philanthropy Investigation (May 2024)

In May 2024, *The Chronicle of Philanthropy* published an article titled "Turmoil at Vote.org," based on interviews with more than a dozen current and former staff, a review of tax documents, internal materials, and public filings. The article was written following months of internal disruption, including high-profile resignations and layoffs.

The article also quoted nonprofit compliance experts, including professors and former IRS officials, who flagged the organization's filing practices and governance model as out of bounds for a 501(c)(3) public charity. Multiple sources said the board's structure and lack of accountability were atypical and concerning.

**Key findings reported by the Chronicle include:**

- Vote.org operated for an extended period without being properly registered to solicit donations in more than a dozen states.  At the time of publication, Vote.org's registration was lapsed, revoked, or otherwise no longer active in 11 states, including large ones like Colorado, Illinois, New Jersey, Virginia, and Wisconsin.  In March 2024, North Carolina revoked the group's license to raise money there

- In September 2021, Adriene Shaw discovered that Vote.org was not registered in the state of New York. The group had begun fundraising in New York in 2019, according to Shaw, but did not file an application to raise money there until the end of November 2021. It also received about a dozen grants from foundations located in the state during that time and needed to be registered to solicit from foundations. That application, which is still available on the New York State website, left blank the question of when it began to raise money there. The application was signed by a former employee, Elizabeth Dagnieu, who was a contractor at the time she signed the NYS registration form.

- Elizabeth Dagnieu likewise signed other federal and state reporting and registration documents, although she was a paid consultant and not an employee or officer. In some cases, Dagnieu falsely identified herself as [Vote.org](Vote.org)'s CFO, a position that she had never held.

- Vote.org failed at least one financial audit and has not publicly disclosed corrective action. (The reporter reviewed a financial audit that revealed material issues; Maisha Leeks, a board member, described a subsequent audit with significant issues.)

- Senior employees were asked to sign nondisparagement agreements that included language discouraging whistleblowing or future reporting

- Several employees described a workplace culture defined by fear, secrecy, and instability

- Former employees—including Adrienne Shaw and Lauren Brown—confirmed excessive PR and travel expenses, most of which were tied to CEO Andrea Hailey's personal promotion

- A Vote.org board member, when asked about vague expense categories on the IRS Form 990, stated that the organization was "not under any obligation to spell out expenses in greater detail"

**Patterns Confirmed Across Lawsuit and Reporting**

Both the Stone lawsuit and the *Chronicle* investigation describe an organization in which:

- The board of directors failed to investigate credible internal complaints

- Andrea Hailey's leadership functions were not clearly defined or professionally executed

- Legal, financial, and operational controls were either absent or circumvented

- Charitable funds were used in ways inconsistent with the organization's mission

Both the Meigan Stone Lawsuit and the *Chronicle of Philanthropy* article include testimony or documentation that the organization's financial operations and governance structure were misaligned with nonprofit legal standards. These two  documents independently confirm the pattern of behavior described throughout this complaint: lack of oversight, lack of transparency, and improper use of charitable assets.

Both the *Chronicle of Philanthropy* article and the Meighan Stone complaint are included as exhibits.

# Conclusion and request for investigation

This complaint presents evidence of a multi-year pattern of misconduct at Vote.org, a 501(c)(3) nonprofit organization headquartered in New York. The materials provided show repeated and escalating failures in financial oversight, executive compensation, compliance with nonprofit law, and board accountability. These issues have persisted across five consecutive fiscal years and are supported by internal whistleblower testimony, external investigative reporting, and Vote.org's own IRS Form 990 filings.

Key facts include:

- A year-long fundraising campaign built around a programmatic goal (registering 8 million voters) that Vote.org had no documented plan to achieve, and which it ultimately fell short of by more than 70 percent.   This campaign kicked off with a full page, full color ad in the national edition of the New York Times, and included a minimum of 100 million fundraising emails that repeated this absurd goal.

- More than $1.2 million in total compensation paid to the CEO despite no documented qualifications or substantiated work history.

- Personal expenditures benefiting the CEO—including luxury travel, first-class airfare, grooming, armed security, and PR services—paid with charitable funds.

- At least $700,000 in non-programmatic PR expenses across three IRS Form 990s, at least $700,000 in non-programmatic legal expenses across three IRS Form 990s, and at least $250,000 in travel expenses incurred by Andrea Hailey in a single fiscal year.

- A sudden reduction in cash reserves from $4.7 million (June 2023) to the point of layoffs by March 2024, despite no significant programs being run in that period.

- At least $3.5 million in vague or unexplained expenses reported across five IRS Form 990s, which the board refused to explain to the public or the press.

- A federal lawsuit filed by the former Chief of Staff describing governance dysfunction, internal retaliation, and board inaction.

- At least one financial audit and use of a paid contractor—not a board officer or staff member—to sign legal and financial documents.


As the founder of Vote.org, I raised tens of millions of dollars to build it into a high-impact civic technology platform. Since my wrongful termination in 2019, I have watched with increasing concern as donor trust has been eroded, funds misused, and basic nonprofit obligations ignored. Many of the issues outlined here were raised internally and could have been resolved through governance, but were instead met with silence, dismissal, or concealment.

Vote.org's misconduct has not only harmed donors and former staff—it has harmed the broader field of nonpartisan voter registration. The false claim that Vote.org would register 8 million voters in 2024 made it harder for honest organizations to fundraise. In a sector where resources are limited and accountability is critical, Vote.org's actions diverted millions of dollars from groups that would have used those funds to register actual voters.

I respectfully request that the New York State Attorney General's Charities Bureau initiate a formal investigation into Vote.org and its board of directors to determine whether they have violated their fiduciary duties, misrepresented charitable activities, or failed to comply with statutory financial disclosure requirements.

I have included all cited documents and source materials as exhibits, and I am willing to provide further clarification or sworn testimony if requested. Several other former Vote.org staff members are also willing to provide further information and sworn testimony.

- Adrienne Shaw, former VP of Investments. adrienne.shaw@gmail.com
- Kelsea Pym, former Director of Partnerships. kelseapym28@gmail.com

- Lauren Brown, former Communications Manager. isawlauren@gmail.com
- Meighan Stone, former Chief of Staff. meighanstone@gmail.com

I appreciate your attention to this matter.

Very truly yours

*[signature: Deb A Cleaver]*

Debra Cleaver
Founder and former CEO of Vote.org.

**Responsible parties**

| Name and position | Contact information |
|---|---|
| Andrea Hailey, CEO | andrea@vote.org |
| Maisha Leek, Board Member | (215) 200-8344<br>MAISHA.LEEK@GMAIL.COM<br>maisha.boardservice@gmail.com<br>mleek@imentor.org |
| Kimberly Meyers Hewett, Board Chair | kimberly.leilani@gmail.com |
| Rupa Balasubramanian, Board Secretary | 818-585-1299<br>rupa@popcollab.org<br> kroop3@gmail.com |
| Noorain Khan, Former Board Member | n.khan@fordfoundation.org<br>noorain.khan@gmail.com |
| Christy Chin, Former Board Member | 650-576-4667<br>christyremeychin@gmail.com |
| Julia Rhodes Davis, Former Board Chair | 917-660-5369<br>juliarhodesdavis@gmail.com |
| Swati Mylavarapu, Former Board Member | mylavar@gmail.com<br>swati@incite.org |

# Sources and references

**Section 1 Sources:  Fraudulent and Misleading Fundraising Campaign**
- *New York Times* ad (September 23, 2023)
- Fundraising emails sent to mahvishemail@yahoo.com (September 2023– December 2024)
- Fundraising emails sent to debracleaver@gmail.com (January 2024 - August 2024)
- Fundraising emails sent to debracleaver+vdo@gmail.com (January 2024 –August 2024)
- *The Hill.com* article (April 19, 2024)
- Vote.org's 2024 Impact Report (released 2025)
- Instagram posts (Sept 2024 and October 2024)
- [Vote.org](Vote.org) blog post (Sept 2024)


**Section 2 Sources: Executive Compensation**
- Hailey bios and résumé claims (collected publicly or via prior complaints)
- IRS Form 990s for FY2020 through FY2022 (showing Hailey's compensation)
- CharitableAdvisors.org salary surveys (2018, 2021, 2023)
- Keating Advisors Presentations (the compensation firm [Vote.org](Vote.org) hired)
- FEC records (showing payments to Hailey and Hailey Consulting)
- FederalPay.org and Legistorm.org screenshots (verifying lack of government service)


**Section 3 Sources: Private Inurement**
- IRS Form 990s for FY2020–FY2023 (travel, PR, and legal expenses)
- Chronicle of Philanthropy article (for grooming, security, and board responses)


**Section 4 Sources: Form 990 irregularities**
- IRS Form 990s for FY2020–FY2023
- Contractor payment listing (Jason "Jake" Levine consulting payment in FY2023)
- Vote.org's management & general and fundraising expense ratios
- Statement of Functional Expenses from each 990
- Board member quote from *Chronicle of Philanthropy* article
- Table of unexplained expenses from IRS Form 990s (included inline)


**Section 5 Sources: Meighan Stone Lawsuit and *Chronicle of Philanthropy* Investigation**
- *Chronicle of Philanthropy* article: "Turmoil at Vote.org" (May 2024)
- Meighan Stone v. Vote.org federal complaint (October 4, 2023)
- Management letter sent from Auditors to [Vote.org](Vote.org) Board (July 30, 2021)

# Exhibit list

| Exhibit | Title | Date |
|---------|-------|------|
| 1 | Meighan Stone lawsuit | October 2023 |
| 2 | Daily Mail article about Vote.org layoffs | March 2024 |
| 3 | The Hill interview with Andrea Hailey | April 2024 |
| 4 | Chronicle of Philanthropy Investigative Report | May 2024 |
| 5 | Full page ad placed in the NY Times by Vote.org | Sept 23, 2023 |
| 6 | Fundraising emails sent to debra.cleaver@gmail.com | January 2024 - August 2024 |
| 7 | Fundraising emails sent to debra.cleaver+vdo@gmail.com | February 2024 - August 2024 |
| 8 | Fundraising emails sent to mahvishemail@yahoo.com. | Various dates. |
| 9 | Vote.org about page. (www.vote.org/about) | May 21, 2024 |
| 10 | Vote.org Instagram posts | Sept 2024 and October 2024 |
| 11 | Vote.org blog post | Sept 2024 |
| 12 | Andrea Hailey professional bios | 2012 - 2024 |
| 13 | FEC contributions by Andrea Hailey. She often lists Haley Consulting as her employer. FEC Disbursements to Andrea Hailey and Hailey Consulting | Various dates. |
| 14 | Indiana nonprofit salary reports from CharitableAdvisors.org | 2018, 2021, and 2023 |
| 15 | Keating Advisors Compensation Study prepared for Vote.org. | August 2021 |
| 16 | Keating Advisors presentation for the Vote.org board. | October 2021 |
| 17 | Vote.org Form 990s | Fiscal years 2020, 2021, 2022, and 2023 |
| 18 | Letter from Auditor to Vote.org Board, regarding FY 2020 | July 2021 |