**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) | |
| *Defendant*. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**RESPONSE BRIEF EXCEEDING 30 PAGES**

Plaintiff Vote.org moves for leave to file a response brief in excess of 30 pages in opposition to Defendant Debra Cleaver's ("Cleaver") Motions to Dismiss. [Def.'s Mot. Dismiss, ECF No. 16, Def.'s Mot. Dismiss, ECF No. 18]. In support, Vote.org states:

1. On November 17, 2025, Cleaver filed two motions to dismiss: a motion to dismiss for improper venue under Federal Rule of Civil Procedure 12(b)(3) and a motion to dismiss under Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6). [Def.'s Mot. Dismiss, ECF No. 16, Def.'s Mot. Dismiss, ECF No. 18].

2. Cleaver also filed two briefs in support of the motions. [Def.'s Br. in Supp. Def's. Mot. Dismiss, ECF No. 17, Def.'s Br. in Supp. Def's. Mot. Dismiss, ECF No. 19].

3. Cleaver's brief in support of her 12(b)(2) and (6) motion, excluding the certificate of service, is 30 pages long. [Def.'s Br. in Supp. Def's. Mot. Dismiss, ECF No. 17].

4. Cleaver's brief in support of her 12(b)(3) motion, excluding the certificate of service, is 10 pages long. [Def.'s Br. in Supp. Def's. Mot. Dismiss, ECF No. 19].

5. Vote.org's current deadline to file a response brief is December 8, 2025.

6. Under Local Rule 7-1(e)(1), a response brief may not exceed 30 pages. *See* S.D. Ind. L.R. 7-1(e)(1).

7. In an effort to preserve judicial resources and promote efficiency for both the Court and Cleaver, Vote.org proposes to file an omnibus response brief in excess of 30 pages.

8. Vote.org proposes filing a 32-page (excluding the table of contents, table of authorities, and certificate of service) omnibus response brief, instead of filing two separate response briefs.

9. The proposed enlarged response brief is attached as **Exhibit A**.

10. Local Rule 7-1(e)(2) permits parties to file response briefs exceeding 30 pages with "extraordinary and compelling reasons." S.D. Ind. L.R. 7-1(e)(2).

11. Given the arguments raised in Cleaver's motions, and Vote.org's desire to simplify its response, Vote.org requests only two (2) additional pages.

12. Vote.org's request to file one, 32-page omnibus response is in line with Cleaver's two briefs totaling 40 pages.

13. Counsel for Cleaver has no objection to the instant request.

14. Contemporaneously with the filing of the instant motion, Vote.org files an Unopposed Motion for Enlargement of Time to File Response in Opposition to Defendant's Motions to Dismiss, to and including either the date Vote.org's response is deemed filed or five (5) days after the Court rules on Vote.org's motion for leave, as warranted by that Order.

15. No prejudice to any party will result if the Court grants the relief requested.

WHEREFORE, Plaintiff Vote.org requests leave to file a response brief in excess of 30 pages, and for all other appropriate relief.

Dated: December 8, 2025

Respectfully submitted,

PLAINTIFF,
VOTE.ORG

By McCARTER & ENGLISH, LLP

*/s/ Zachary A. Myers*

Zachary A. Myers
Kaylin O. Cook

10 E. Main Street, Suite 200
Carmel, IN 46032
T: (317) 810-5510
F: (317) 602-1698
zmyers@mccarter.com
kcook@mccarter.com

*/s/ Vanessa Roberts Avery*

Vanessa Roberts Avery, *pro hac vice*

185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

*Its Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Vanessa Roberts Avery*
Vanessa Roberts Avery