**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE BRIEF EXCEEDING 30 PAGES**

Before the Court is Plaintiff Vote.org's Unopposed Motion for Leave to File Response Brief Exceeding 30 Pages. The Court, having received and reviewed the motion, finds it is for good cause and shall be granted.

It is therefore ORDERED Plaintiff Vote.org's Unopposed Motion for Leave to File Response Brief Exceeding 30 Pages is GRANTED and Plaintiff Vote.org's Omnibus Response in Opposition to Defendant's Motions to Dismiss is deemed filed as of December 8, 2025.

**SO ORDERED.**

Dated: ________________________

________________________________
Judge, United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on
all ECF-registered counsel of record via
email generated by the Court's ECF system