UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01776-SEB-MJD |
| | ) | |
| DEBRA CLEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE OVERSIZED RESPONSE BRIEF**

Plaintiff Vote.Org moves for leave to file one oversized brief in response to Defendant's two pending Motions to Dismiss, in lieu of filing separate, shorter briefs in response to each motion. [Dkt. 22.] The proposed oversized response brief is 32 pages, excluding the cover page, table of contents, table of authorities, statement of the issues, and certificate of service. [Dkt. 22-1.] Plaintiff's proposed oversized response brief satisfies the procedural requirements of Local Rule 7-1(e)(3), and Defendant does not oppose the motion. [Dkt. 22 at ¶ 13; dkt. 22-1 at 3-12.]

A response brief may not exceed 30 pages unless there are "extraordinary and compelling reasons" justifying additional pages. S.D. Ind. Local Rule 7-1(e). In this case, the Court finds that Plaintiff has provided a compelling reason to submit a 32-page omnibus response brief. Plaintiff's decision to respond to both motions in a single brief will not impose an undue burden on the Court or the Defendant. Accordingly, Plaintiff's unopposed motion is **GRANTED**. Plaintiff is **ORDERED** to refile its proposed response brief by **December 12, 2025**. Defendant

shall file its reply brief(s) by **December 19, 2025**. Plaintiff's Motion for an Extension of Time to file its response brief pending a ruling on the present motion is **DENIED AS MOOT**. [Dkt. 23.]

SO ORDERED.

Dated: 9 DEC 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email