UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VOTE.ORG, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) ) |
| *Defendant*. | ) ) ) |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Plaintiff Vote.org, pursuant to the Case Management Plan (Dckt. No. 28), submits its Preliminary Witness and Exhibit List.

**PRELIMINARY WITNESS LIST**

The following may be called to testify at trial:

1. Andrea Hailey
2. Debra Cleaver
3. Adrienne Shaw
4. Meighan Stone
5. Lauren Brown
6. Kelsea Pym
7. Brice Barners
8. Kaitlyn Unger
9. Nick Morrow
10. Elizabeth Daigneau
11. Corporate representative of VoteAmerica
12. Corporate representative of VoteAmerica, LLC

13. Corporate representative of VoteAmerica Action Fund

14. Corporate representative of The Movement Cooperative

15. Corporate representative of Mind the Gap

16. Corporate representative of Netroots Nation

17. Corporate representative of Protonmail

18. Any individual listed on Vote.org's Initial Disclosures

19. Any individual listed in Debra Cleaver's Initial Disclosures or on any witness list

20. Individuals identified or referenced in written discovery responses, documents tendered or produced during discovery, deposition testimony and/or deposition exhibits

21. Record custodian(s) necessary to authenticate documents

If Vote.org subsequently determines that other or additional witnesses will be called to testify for Vote.org, other than for purposes of impeachment or rebuttal, Debra Cleaver will be so advised. Vote.org hereby reserves the right to add to or otherwise amend the foregoing list of witnesses both during and after the completion of discovery.

## PRELIMINARY EXHIBIT LIST

1. Complaint Ex. A, Dckt. No. 1-1

2. Complaint Ex. B, Dckt. No. 1-2

3. Complaint, Ex. C, Dckt. No. 1-3

4. Complaint, Ex. D, Dckt. No. 1-4

5. Response to Motion for Judicial Notice, Ex. A, Dckt. No. 20-1

6. Response to Motion for Judicial Notice, Ex. B, Dckt. No. 20-2

7. Response to Motion for Judicial Notice, Ex. C, Dckt. No. 20-3

8. Response to Motion for Judicial Notice, Ex. D, Dckt. No. 20-4

9. Response to Motion for Judicial Notice, Ex. E, Dckt. No. 20-5

10. All documents/emails/podcasts specifically referenced in the Complaint

11. All documents, whether paper or electronically stored, related to Vote.org's claims

12. All documents related to Vote.org's damages

13. All pleadings, affidavits, and other materials filed with the Court

14. All documents attached as exhibits to pleadings and filings in this matter

15. All discovery responses in this matter, including documents produced

16. All transcripts of depositions taken in this matter deposition transcripts in this matter, including exhibits

17. Documents generated by and/or provided to other witnesses

18. Any report prepared by an expert witness in this case

19. All documents relied upon by any expert of any party in this action

20. The curriculum vitae of any expert witness in this case

21. All exhibits needed for authentication

22. All documents that may be produced by non-parties to this action

23. Any documents referenced in Vote.org's Initial Disclosures

24. Any documents referenced in Debra Cleaver's Initial Disclosures or on any exhibit list

25. Any and all documents necessary for impeachment or rebuttal

26. Summaries or compilations of any of the foregoing documents

If Vote.org subsequently determines that other or additional documents will be used as exhibits, Debra Cleaver will be so advised. Vote.org hereby reserves the right to add to or otherwise amend the foregoing list of exhibits both during and after the completion of discovery.

Dated: January 21, 2026

Respectfully submitted,

PLAINTIFF,
VOTE.ORG

By McCARTER & ENGLISH, LLP

*/s/ Vanessa Roberts Avery*
Zachary A. Myers
Kaylin O. Cook

10 E. Main Street, Suite 200
Carmel, IN  46032
T: (317) 810-5510
F: (317) 602-1698
zmyers@mccarter.com
kcook@mccarter.com

Vanessa Roberts Avery
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

*Its Attorneys*

## CERTIFICATE OF SERVICE

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

*/s/ Vanessa Roberts Avery*
Vanessa Roberts Avery