**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| VOTE.ORG, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) No. 1:25-cv-01776-SEB-MJD |
| | ) |
| DEBRA CLEAVER, | ) |
| | ) |
| *Defendant,* | ) |

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendant Debra Cleaver, by counsel, submits her preliminary witness and exhibit list. Defendant may call any or all of the following witnesses and may offer any or all of the following exhibits, for its case at trial, to support any motion or request for relief, or other purpose of this civil action.

WITNESSES

1. One or more representatives of Vote.org, Plaintiff;

2. Debra Cleaver, Defendant;

3. Andrea Hailey, 1736 Columbia Road, NW, Suite 175 Washington, D.C., 20009;

4. A representative of the U.S. Internal Revenue Service;

5. Vote.org's Board of Directors from 2019 to present day;

6. Vote.org's General Counsel;

7. A representative of the New York Attorney General's Office, 1 Empire State Plaza, The Capital, Albany, NY 12224;

8. A representative of the Georgia Attorney General's Office, 40 Capital Square, SW Atlanta, GA 30334;

9. A representative of the Texas Attorney General's Office, 300 W. 15th St. Austin, TX 78701;

1

10. A representative of the California Attorney General's Office, 1300 "I" St. Sacramento, CA 95814-2919;

11. A representative of the Pennsylvania Attorney General's Office, 16th Floor Strawberry Square Harrisburg, PA 17120;

12. A representative of the Massachusetts Attorney General's Office, 24 Beacon St. Boston, MA 02108;

13. A representative of the District of Columbia Attorney General's Office, 400 6th St. NW Washington, D.C. 20001;

14. Andrea Hailey's Husband;

15. Andrea Hailey's Parents;

16. Adrienne Shaw;

17. Meighan Stone;

18. Kelsea Pym;

19. Lauren Brown;

20. Brice Barners;

21. Kaitlyn Unger;

22. Nick Morrow;

23. Elizabeth Daigneau;

24. Corporate representative of The Movement Cooperative;

25. Corporate representative of Netroots Nation;

26. Corporate representative of Protonmail;

27. Corporate representative of VoteAmerica;

28. Corporate representative of VoteAmerica, LLC;

29. Corporate representative of VoteAmerica Action Fund;

30. Any person listed on Vote.org's Initial Disclosures or any witness list;

31. Any person listed on Vote.org's Preliminary Witness List;

32. Any individual listed in Debra Cleaver's Initial Disclosures;

33.     Authentication or foundation witnesses as necessary;

34.     Individuals identified in discovery between the parties;

35.     One or more expert witnesses to testify about Plaintiff's damages claims depending on the nature and extent of those claims;

36.     One or more expert witnesses to testify about the statements or actions Vote.org alleges to be defamatory, to tortiously interfere with Vote.org's activities or relationships, or to otherwise support Vote.org's claims against Cleaver;

37.     Rebuttal witnesses as necessary;

38.     Impeachment witnesses as necessary;

39.     All persons identified in depositions taken in this case;

40.     All witnesses to or other individuals with knowledge of this incident; and

41.     All expert witnesses identified by Plaintiffs as on cross-examination and as applicable to Defendant's defenses herein.

## EXHIBITS

1.     All Parties' pleadings, motions, and other documents filed or served in this civil action by parties and non-parties, including exhibits referenced in those documents;

2.     All Parties' pleadings, motions, and other documents filed or served in all previous litigation between or involving these two parties, including exhibits referenced in those documents, prior transcripts, prior discovery, documents previously produced by parties and non-parties, etc.;

3.     All Parties' discovery in this civil action, including the Parties' and non-parties' responses to such discovery;

4.     Documents reflecting or relating to the alleged events, actions, and/or circumstances Vote.org alleges give rise to Counts One through Ten of this action;

5.     Records related to Cleaver's complaints made to the Offices of the Attorneys General of Texas, Georgia, New York, Pennsylvania, California, Massachusetts, and the District of Columbia;

6.     Records related to Cleaver's complaint to the U.S. Internal Revenue Service;

7.     Online postings of Andrea Hailey's professional biographies/CVs;

8.     Federal Election Commission records related to Vote.org;

9.     Vote.org's Form 990 Information Returns, filed or required to be filed with the IRS;

3

10.    Audited financials of Vote.org from the New Mexico Charities Division;

11.    Correspondence between the parties, including electronic communications;

12.    Internal communications regarding Vote.org's termination of Debra Cleaver;

13.    Internal communications regarding VoteAmerica, VoteAmerica, LLC and/or VoteAmerica Action Fund;

14.    All records, documents, or other supporting materials that support Plaintiff's damages analysis;

15.    All documents relied upon or created by any expert witness of any party in this action;

16.    All necessary authentication documents;

17.    All necessary impeachment or rebuttal documents;

18.    Documents generated by and/or provided to other witnesses to this action, including non-party witnesses.

19.    All documents, media, or any other tangible or electronic record relating to or referencing any and all of Vote.org's claims;

20.    All statements, documents, communications and records relating to or referencing the alleged defamatory statements listed in Plaintiff's Complaint, including paragraph 76 of the Complaint;

21.    All statements, documents, communications and records relating to or referencing the letter Plaintiff alleges Cleaver sent or directed to be sent, as pled in Count Two, Three, Six, Eight, Nine, and Ten of Plaintiff's Complaint;

22.    All statements, documents, communications and records relating to or referencing the actions Plaintiff alleges Cleaver took that constitute Tortious Interference, as pled in Count Four and Five of Plaintiff's Complaint; and

23.    All statements, documents, communications and records relating to or referencing the email Plaintiff alleges Cleaver sent from an anonymous source, as alleged in Count Seven, Eight, Nine, and Ten of Plaintiff's Complaint.

Defendant reserves the right to supplement or revise this Preliminary Witness and Exhibit List upon determining such supplementation or revision is warranted as her investigation or discovery in this civil action progresses.

4

Respectfully submitted,

/s/ Justin G. Hazlett

Justin G. Hazlett
Attorney No. 22046-49
justin.hazlett@wilsonelser.com
Thomas J. Flynn
Attorney No. 35642-71
thomas.flynn@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
301 Pennsylvania Parkway
Suite 210
Indianapolis, IN 46280
(317) 908-8916 (tel)
(317) 660-2357 (fax)

Certificate of Service

I certify that on January 22, 2026 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. A copy of the foregoing was also served on the following parties via email to their counsel:

Kaylin Oldham Cook
McCarter & English
10 E Main Street
Suite 200
Carmel, IN 46032
317-810-5495 (tel)
Email: kcook@mccarter.com

Vanessa Roberts Avery
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103
860-275-6700 (tel)
Email: vavery@mccarter.com

Zachary A. Myers
10 E Main St
Ste 200
Carmel, IN 46032
317-810-5500 (tel)
Email: zmyers@mccarter.com

/s/ Justin G. Hazlett

Justin G. Hazlett

6