UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

VOTE.ORG,                                    )
                                             )
                      Plaintiff,             )
                                             )
              v.                             )          No. 1:25-cv-01776-SEB-MJD
                                             )
DEBRA CLEAVER,                               )
                                             )
                      Defendant.             )

**MINUTE ENTRY FOR FEBRUARY 11, 2026**
**TELEPHONIC PRETRIAL CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference.  The parties

discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Wednesday, March 11,**

**2026 at 3:30 p.m. (Eastern)** to discuss case status, as well as the parties' Supplemental Joint

Report on the Status of Discovery, which is due March 9, 2026.  Counsel shall attend the status

conference by calling the designated telephone number, to be provided by the Court via email

generated by the Court's ECF system.


Dated:  11 FEB 2026              _____

                                Mark J. Dinsmore
                                United States Magistrate Judge
                                Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.