**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| VOTE.ORG, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) ) No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) ) |
| *Defendant*. | ) ) |

**SECOND JOINT REPORT ON THE STATUS OF DISCOVERY**

Plaintiff Vote.org and Defendant Debra Cleaver, pursuant to the Court's January 12, 2026, Scheduling Order (Dckt. Nos. 29, 35) provide their Second Joint Report on the Status of Discovery and state:

**1.   Detailed Description of All Discovery Completed to Date**

None.

**2.   Detailed Description of All Discovery Presently Scheduled or Pending**

On December 23, 2025, Vote.org served Requests for Production and Interrogatories on Cleaver (collectively, the "First Set of Discovery to Cleaver"). Cleaver's responses to the First Set of Discovery to Cleaver were originally due January 22, 2026. Prior to Cleaver's deadline to respond, the parties agreed to extend the due date until March 9, 2026. On March 9, 2026, the parties agreed to extend the due date until March 11, 2026, at 10:30 a.m.

On December 23, 2025, Vote.org provided Cleaver with notice that it intended to serve non-party discovery in accordance with Local Rule 45-1. On December 31, 2025, Vote.org served non-parties VoteAmerica and VoteAmerica LLC, and attempted service on VoteAmerica Action Fund, with subpoenas and non-party requests for production of documents. Vote.org is still working to

perfect service on VoteAmerica Action Fund through its Registered Agent, Debra A. Cleaver.[1] VoteAmerica and VoteAmerica LLC's responses to the non-party requests (collectively, the "Non-Party Requests") were originally due January 30, 2026.

The undersigned counsel for Cleaver also represent VoteAmerica and VoteAmerica LLC in relation to the Non-Party Requests. Counsel for Cleaver does not represent VoteAmerica Action Fund, and have declined to accept service on that entity's behalf. Counsel for Vote.org and counsel for VoteAmerica and VoteAmerica LLC, discussed the Non-Party Requests and agreed to extend the deadline to respond to March 16, 2026. VoteAmerica and VoteAmerica LLC object to the Non-Party Requests and have indicated a motion to quash could be forthcoming. In effort to preserve resources and decrease the likelihood of judicial involvement, Vote.org is working to propose a narrowed scope of non-party requests for production of documents to VoteAmerica and VoteAmerica LLC. These discussions are ongoing and Vote.org recognizes VoteAmerica and VoteAmerica LLC's right to move to quash the subpoenas and Non-Party Requests in the future if the efforts to narrow are unsuccessful.

The undersigned counsel for Cleaver is responsible for serving responses to all the pending discovery, except for the subpoena and non-party requests for production to VoteAmerica Action Fund, which have yet to be successfully served. Vote.org has made another attempt to perfect service on VoteAmerica Action Fund through its Registered Agent, Debra A. Cleaver and is still awaiting delivery of the VoteAmerica Action Fund Non-Party Request via U.S.P.S. Certified Mail. Should Cleaver not accept service on behalf of VoteAmerica Action Fund, Vote.org will alert the Court and seek any necessary relief.

---

[1] According to California Secretary of State records, Debra Cleaver is the registered agent for VoteAmerica, VoteAmerica, LLC, and VoteAmerica Action Fund. The same records indicate VoteAmerica, VoteAmerica LLC, and VoteAmerica Action Fund may all receive service of process at 1270 Grove Street, Apt. 301, San Francisco, CA 94117. Service of process on VoteAmerica and VoteAmerica LLC appears to have been effective; however, service of process at the same address on VoteAmerica Action Fund has not.

### 3. A Detailed Description of Any Discovery Disputes

As described above, the parties are working to resolve VoteAmerica and VoteAmerica LLC's objections to the Non-Party Requests. These objections include: (1) that the discovery imposes an undue burden on the non-parties in violation of Rule 45(d)(3)(A)(iv) by seeking discovery that is unrelated to the claims at issue in this civil action; (2) that the discovery seeks information about the non-parties' activities that is overly broad; and (3) that the discovery seeks disclosure of the non-parties' confidential information that is protected under Rule 45(d)(3)(B)(i). The undersigned counsel are in communication aimed towards resolving the dispute and endeavoring to do so without the need for the Court's involvement.

### 4. A Detailed Description of All Discovery that is Planned to be Completed within the following 28-day Period

The parties have agreed that Cleaver's responses to the First Set of Discovery to Cleaver are now due March 11, 2026. The undersigned counsel for Cleaver is responsible for serving such discovery responses.

The parties have further agreed that VoteAmerica and VoteAmerica LLC's responses to the Non-Party Requests are now due March 16, 2026. The undersigned counsel for Cleaver, VoteAmerica, and VoteAmerica LLC is responsible for serving such discovery responses.

### 5. A Description of All Known Discovery Remaining to be Completed in this Matter

Vote.org anticipates conducting a narrowed set of discovery in the next four to six months, and then to commence non-expert witness deposition discovery by August/September 2026. Cleaver anticipates conducting written discovery and non-expert witness deposition discovery on a similar timeline, depending upon the outcome of the pending motions to dismiss or transfer jurisdiction. Cleaver anticipates serving initial written discovery (Interrogatories and Requests for Production) on Vote.org within the next two weeks.

**6.    Any Other Discovery Issues**

None.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>VOTE.ORG | DEFENDANT,<br>DEBRA CLEAVER |
| By McCARTER & ENGLISH, LLP | By WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| */s/ Vanessa Roberts Avery*<br>Zachary A. Myers<br>Kaylin O. Cook<br>10 E. Main Street, Suite 200<br>Carmel, IN  46032<br>T: (317) 810-5510<br>F: (317) 602-1698<br>zmyers@mccarter.com<br>kcook@mccarter.com | */s/ Justin G. Hazlett*<br>Justin G. Hazlett<br>Thomas J. Flynn<br>301 Pennsylvania Parkway, Suite 210<br>Indianapolis, IN 46280<br>T: (317) 660-2360<br>F: (317) 660-2357<br>justin.hazlett@wilsonelser.com<br>thomas.flynn@wilsonelser.com |
| Vanessa Roberts Avery<br>185 Asylum Street<br>Hartford, CT 06103<br>T: (860) 275-6718<br>F: (317) 602-1689<br>vavery@mccarter.com | *Her Attorneys* |
| *Its Attorneys* | |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 9, 2026, a copy of the foregoing was sent to the following parties by electronic mail.

  Justin G. Hazlett
  Thomas J. Flynn
  WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
  justin.hazlett@wilsonelser.com
  thomas.flynn@wilsonelser.com

                */s/ Vanessa Roberts Avery*
                Vanessa Roberts Avery