UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

VOTE.ORG,                                    )
                                             )
              Plaintiff,                      )
                                             )
       v.                                    )       No. 1:25-cv-01776-SEB-MJD
                                             )
DEBRA CLEAVER,                               )
                                             )
              Defendant.                      )

**MINUTE ENTRY FOR APRIL 8, 2026**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties

discussed the status of and future plans for discovery, as well as the parties' readiness for the

upcoming settlement conference. The conference concluded without further order.

Dated: 9 APR 2026        _____

                          Mark J. Dinsmore
                          United States Magistrate Judge
                          Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.