**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| VOTE.ORG, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) |
| | ) |
| *Defendant.* | ) |

**FOURTH JOINT REPORT ON THE STATUS OF DISCOVERY**

Plaintiff Vote.org and Defendant Debra Cleaver, pursuant to the Court's January 12, 2026, Scheduling Order (Dckt. Nos. 29, 35, 38, 41) provide their Fourth Joint Report on the Status of Discovery and state:

**1.     Detailed Description of All Discovery Within in the Preceding 28 Days**

On March 20, 2026, Defendant Cleaver served her First Set of Requests for Production of Documents to Plaintiff Vote.org. Vote.org's response to Cleaver's First Requests was originally due April 20, 2026, and that deadline has been extended to June 11, 2026. The undersigned counsel for Vote.org are responsible for serving responses to all of Defendant's pending discovery. On April 20, 2026, Vote.org served written responses to the requests and produced VDO_00000001-VDO_00002668, Vote.org is in the process of reviewing over one million additional potentially responsive documents.

**2.     Detailed Description of All Discovery Presently Scheduled or Pending**

Since the last Court update, Vote.org has attempted service on Vote America Action Fund via a separate registered agent in Washington, D.C.  The Court may recall that on December 23, 2025, Vote.org provided Cleaver with notice that it intended to serve non-party discovery in accordance with Local Rule 45-1. On December 31, 2025, Vote.org attempted service on

1

ME1\60878849.v1

VoteAmerica Action Fund, with subpoenas and non-party requests for production of documents. For months, Vote.org attempted to perfect service on VoteAmerica Action Fund through its California registered agent, Debra A. Cleaver.[1] The undersigned counsel for Cleaver does not represent VoteAmerica Action Fund, and are unable to accept service on that entity's behalf.

Vote.org recently discovered that VoteAmerica Action Fund is a District of Columbia nonprofit corporation and has a corporate registered agent in Washington, D.C. Therefore, Vote.org has attempted service on VoteAmerica Action Fund's District of Columbia registered agent via Federal Express with courtesy notification via e-mail. Service has not yet been perfected but Vote.org will advise the Court promptly of any further issues.

As to VoteAmerica, their responses to the non-party requests were originally due January 30, 2026, extended to March 16, 2026. VoteAmerica has responded in part to the non-party requests while objecting to certain of Plaintiff's requests. In effort to preserve resources and decrease the likelihood of judicial involvement, Vote.org is working to propose a narrowed scope of non-party requests for production of documents to VoteAmerica. These discussions are ongoing and Vote.org recognizes VoteAmerica's right to continue to assert their objections and seek limitation of the subpoena and requests in the future if the efforts to narrow are unsuccessful.

On March 20, 2026, Defendant Cleaver served her First Set of Requests for Production of Documents to Plaintiff Vote.org. Vote.org's response to Cleaver's First Requests was originally due April 20, 2026, and that deadline has been extended to June 11, 2026. The undersigned counsel for Vote.org are responsible for serving responses to all of Defendant's pending discovery. On April 20, 2026, Vote.org served written responses to the requests and produced VDO_00000001-

---

[1] According to California Secretary of State records, Debra Cleaver is the registered agent for VoteAmerica, VoteAmerica, LLC, and VoteAmerica Action Fund. The same records indicate VoteAmerica, VoteAmerica LLC, and VoteAmerica Action Fund may all receive service of process at 1270 Grove Street, Apt. 301, San Francisco, CA 94117.

2

VDO_00002668, Vote.org is in the process of reviewing over one million additional potentially responsive documents.

On April 30, 2026, and in accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(iv), Cleaver produced an insurance agreement between an insurance company and VoteAmerica, Inc. Therefore, on May 1, 2026, Vote.org requested Cleaver waive the requirements of L.R. 45-1 to allow Vote.org to serve non-party discovery on VoteAmerica, Inc. Cleaver's counsel is reviewing Vote.org's intended discovery and request to waive the L.R. 45.1 requirements.

On May 1, 2026, Vote.org also requested Cleaver waive the requirements of L.R. 45-1 to allow Vote.org to serve non-party discovery on Charter Communications, Inc. Cleaver's counsel is reviewing Vote.org's intended discovery and request to waive the L.R. 45-1 requirements.

### 3.       A Detailed Description of Any Discovery Disputes

As described above, the parties are working to resolve VoteAmerica's objections to the non-party requests. These objections include: (1) that the discovery imposes an undue burden on the non-parties in violation of Rule 45(d)(3)(A)(iv) by seeking discovery that is unrelated to the claims at issue in this civil action; (2) that the discovery seeks information about the non-parties' activities that is overly broad; and (3) that the discovery seeks disclosure of the non-parties' confidential information that is protected under Rule 45(d)(3)(B)(i).

While there is no active discovery dispute as to the party discovery, the undersigned counsel continue to negotiate a proposed protective order which may apply to party and non-party discovery. Counsel have exchanged red-lined drafts of a protective order. These discussions remain ongoing.

### 4.       A Detailed Description of All Discovery that is Planned to be Completed within the following 28-day Period

In the 28-day period following this Fourth Report, Defendant Cleaver anticipates issuing Interrogatories to Plaintiff Vote.org. Defendant also anticipates issuing requests for production

ME1\60878849.v1

seeking information relevant to Defendant's truth defense on matters addressed in the Attorney General and Internal Revenue Service complaints identified in Plaintiff's Complaint.

### 5. A Description of All Known Discovery Remaining to be Completed in this Matter

Vote.org anticipates producing additional documents in response to Cleaver's Requests for Production and Interrogatories. The undersigned counsel for Vote.org is responsible for serving such discovery responses. As described above, Vote.org also anticipates non-party discovery as to VoteAmerica, Inc. and Charter Communications, Inc. Finally, Vote.org anticipates conducting additional discovery in the next four to six months, and then commencing non-expert witness deposition discovery by August/September 2026.

Cleaver anticipates conducting written discovery and non-expert witness deposition discovery on a similar timeline, depending upon the outcome of the pending motions to dismiss or transfer jurisdiction.

### 6. Any Other Discovery Issues

None.

4

Respectfully submitted,

PLAINTIFF,                                           DEFENDANT,
VOTE.ORG                                            DEBRA CLEAVER

By McCARTER & ENGLISH, LLP                          By WILSON ELSER MOSKOWITZ
                                                    EDELMAN & DICKER LLP

/s/ Vanessa Roberts Avery                           /s/ Justin G. Hazlett
Zachary A. Myers                                    Justin G. Hazlett
Kaylin O. Cook                                      Thomas J. Flynn
10 E. Main Street, Suite 200                        301 Pennsylvania Parkway, Suite 210
Carmel, IN  46032                                   Indianapolis, IN 46280
T: (317) 810-5510                                   T: (317) 660-2360
F: (317) 602-1698                                   F: (317) 660-2357
zmyers@mccarter.com                                 justin.hazlett@wilsonelser.com
kcook@mccarter.com                                  thomas.flynn@wilsonelser.com

Vanessa Roberts Avery                               *Her Attorneys*
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

*Its Attorneys*

5

ME1\60878849.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, a copy of the foregoing was sent to the following parties by electronic mail.

Justin G. Hazlett
Thomas J. Flynn
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

/s/ *Vanessa Roberts Avery*
Vanessa Roberts Avery

6

ME1\60878849.v1