UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

VOTE.ORG,                          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )         No. 1:25-cv-01776-SEB-MJD
                                   )
DEBRA CLEAVER,                     )
                                   )
            Defendant.             )

**MINUTE ENTRY FOR MAY 11, 2026**
**TELEPHONIC SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference.  Settlement was not achieved.

This matter is scheduled for a telephonic status conference on **Thursday, June 4, 2026 at 11:30 a.m. (Eastern)** to discuss case status, as well as the parties' Supplemental Joint Report on the Status of Discovery, which is due June 1, 2026.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  11 MAY 2026                    _____

                                       Mark J. Dinsmore
                                       United States Magistrate Judge
                                       Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.