**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| VOTE.ORG, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) |
| | ) |
| *Defendant*. | ) |

**FIFTH JOINT REPORT ON THE STATUS OF DISCOVERY**

Plaintiff Vote.org and Defendant Debra Cleaver, pursuant to the Court's January 12, 2026, Scheduling Order (Dckt. Nos. 29, 35, 38, 41) provide their Fifth Joint Report on the Status of Discovery and state:

1.      **Detailed Description of All Discovery Within in the Preceding 28 Days**

On March 20, 2026, Defendant Cleaver served her First Set of Requests for Production of Documents to Plaintiff Vote.org. Vote.org's response to Defendant Cleaver's requests was originally due April 20, 2026, and that deadline has been extended to June 11, 2026. The undersigned counsel for Vote.org are responsible for serving responses to all of Defendant Cleaver's pending discovery. On April 20, 2026, Vote.org served written responses to the requests and produced VDO_00000001-VDO_00002668. Vote.org is in the process of reviewing and preparing additional documents to produce.

On June 1, 2026, Defendant Cleaver served her First Interrogatories to Plaintiff Vote.org. Vote.org's response to Defendant Cleaver's interrogatories is due July 1, 2026. The undersigned counsel for Vote.org are responsible for serving Vote.org's response to Defendant Cleaver's First Interrogatories.

1

On June 1, 2026, Defendant Cleaver served her Second Requests for Production of Documents to Plaintiff Vote.org. Vote.org's response to Defendant Cleaver's requests is due July 1, 2026. The undersigned counsel for Vote.org are responsible for serving Vote.org's response to Defendant Cleaver's Second Requests for Production.

### 2.    Detailed Description of All Discovery Presently Scheduled or Pending

Vote.org has perfected service on Non-Party VoteAmerica Action Fund and, on May 11, 2026, the undersigned counsel for Defendant Cleaver has confirmed it will be representing VoteAmerica Action Fund in responding to Vote.org's non-party discovery requests.

Vote.org has perfected service of its non-party discovery requests on Non-Party Charter Communications, Inc.  Charter Communications, Inc. has objected to the requests and Vote.org is preparing a motion to request the Court's assistance in providing Charter Communications, Inc. authorization to release the requested information.

On May 11, 2026, Vote.org perfected service of its subpoena and non-party discovery requests on VoteAmerica, Inc. VoteAmerica, Inc.'s responses to Vote.org's subpoena and non-party discovery requests are due June 10, 2026.

As to VoteAmerica, LLC and VoteAmerica, their responses to Vote.org's subpoenas and non-party requests were originally due January 30, 2026, extended to March 16, 2026. VoteAmerica has responded in part to the non-party requests while objecting to certain of Vote.org's requests. The parties' discussions about VoteAmerica's objections are ongoing and Vote.org recognizes VoteAmerica's right to continue to assert their objections and seek limitation of the subpoena and requests in the future if the efforts to resolve the dispute are unsuccessful.

On March 20, 2026, Defendant Cleaver served her First Set of Requests for Production of Documents to Plaintiff Vote.org. Vote.org's response to Cleaver's requests was originally due April 20, 2026, and that deadline has been extended to June 11, 2026. The undersigned counsel for

Vote.org is responsible for serving responses to all of Defendant Cleaver's pending discovery. On April 20, 2026, Vote.org served written responses to the requests and produced VDO_00000001-VDO_00002668, Vote.org is in the process of reviewing additional potentially responsive documents.

### 3.    A Detailed Description of Any Discovery Disputes

As described above, the parties are working to resolve VoteAmerica and VoteAmerica LLC's objections to Vote.org's non-party requests. These objections include: (1) that the discovery imposes an undue burden on the non-parties in violation of Rule 45(d)(3)(A)(iv) by seeking discovery that is unrelated to the claims at issue in this civil action; (2) that the discovery seeks information about the non-parties' activities that is overly broad; and (3) that the discovery seeks disclosure of the non-parties' confidential information that is protected under Rule 45(d)(3)(B)(i). VoteAmerica and VoteAmerica LLC also produced documents designated as "ATO," or attorneys' eyes only, limiting Vote.org's ability to fully review and assess the documents. The undersigned counsel are in communication aimed towards resolving the dispute and endeavoring to do so without the need for the Court's involvement.

While there is no active discovery dispute as to the party discovery, the parties are continuing to negotiate the terms of a stipulated protective order for presentation to the Court. The parties believe they are nearing agreement on a proposed stipulated protective order to present to the Court.

### 4.    A Detailed Description of All Discovery that is Planned to be Completed within the following 28-day Period

In the 28-day period following this Fifth Report, Vote.org intends to produce the remaining responsive documents to Defendant Cleaver's First Set of Requests for Production of Documents. The undersigned counsel for Vote.org is responsible for serving the additional responsive documents. Vote.org anticipates VoteAmerica, Inc. will respond to the subpoena and non-party

3

ME1\60219099.v1

requests directed to it on or before June 10, 2026. Vote.org is not aware of counsel for VoteAmerica, Inc. at this time.

Defendant Cleaver anticipates issuing additional sets of requests for production to Vote.org seeking documents specifically relevant to Vote.org's fundraising campaigns, executive compensation, and expenditures.

**5.      A Description of All Known Discovery Remaining to be Completed in this Matter**

Vote.org anticipates conducting a narrowed set of discovery in the next four to six months, and then to commence non-expert witness deposition discovery by August/September 2026.

Cleaver anticipates conducting discovery on the same timeframe as Vote.org.

**6.      Any Other Discovery Issues**

None.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>VOTE.ORG | DEFENDANT,<br>DEBRA CLEAVER |
| By McCARTER & ENGLISH, LLP | By WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP |
| */s/ Vanessa Roberts Avery*<br>Zachary A. Myers<br>Kaylin O. Cook<br>10 E. Main Street, Suite 200<br>Carmel, IN  46032<br>T: (317) 810-5510<br>F: (317) 602-1698<br>zmyers@mccarter.com<br>kcook@mccarter.com | */s/ Justin G. Hazlett*<br>Justin G. Hazlett<br>Thomas J. Flynn<br>301 Pennsylvania Parkway, Suite 210<br>Indianapolis, IN 46280<br>T: (317) 660-2360<br>F: (317) 660-2357<br>justin.hazlett@wilsonelser.com<br>thomas.flynn@wilsonelser.com |
| Vanessa Roberts Avery<br>185 Asylum Street<br>Hartford, CT 06103<br>T: (860) 275-6718<br>F: (317) 602-1689 | *Her Attorneys* |

4

vavery@mccarter.com

*Its Attorneys*

ME1\60219099.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, a copy of the foregoing was sent to the following parties by electronic mail.

Justin G. Hazlett
Thomas J. Flynn
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com


/s/ *Vanessa Roberts Avery*
Vanessa Roberts Avery

6

ME1\60219099.v1