**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| VOTE.ORG,<br><br>          Plaintiff,<br><br>v.<br><br>DEBRA CLEAVER,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:25-cv-01776-SEB-MJD<br>)<br>)<br>) |

## MOTION FOR ENTRY OF UNIFORM PROTECTIVE ORDER

Plaintiff, Vote.org, seeks entry of the attached Uniform Protective Order allowing certain information to be protected from public disclosure. This litigation involves a non-profit organization and its founder and former CEO, who now operates a competing non-profit organization. Based on the nature of the parties' former relationship and the claims asserted by Vote.org, the proposed, Uniform Protective Order seeks to ensure information exchanged by the parties in the case will be used only in appropriate circumstances. *See Minor v. IMC Credit Servs., LLC*, 2019 WL 13218427, at *1 (S.D. Ind. May 16, 2019) ("Under Federal Rule of Civil Procedure 26(c), litigants are permitted to seek protective orders to guard against public disclosure of relevant and discoverable material.").

The proposed Uniform Protective Order seeks to ensure information related to Vote.org's (and other organizations') proprietary tools used to increase voter registration remains protected. The proposed Uniform Protective Order further seeks to protect the identity of prospective and extant donors, to the extent such information is not already publicly available. Because the categories of potentially confidential information are narrowly defined, good cause exists to enter the proposed Uniform Protective Order. *See id.* ("The Court's evaluation of a proposed protective order need not be made on a document-by-document basis, if the Court is able to determine from the language of

the proposed order that the parties know which category of information is legitimately confidential and that the parties are acting in good faith in deciding which documents should be protected.").

The proposed Uniform Protective Order (i) follows the Southern District of Indiana's suggested form; (ii) does not seek any determination that any particular document or class of information is subject to protection or merits; and (iii) includes the Southern District of Indiana's requirement that any dispute the parties may have concerning the designation of a particular document can be dealt through the procedures contained in the proposed Order, including informal meet and confers, compliance with Local Rule 37-1, and if unsuccessful, motion practice.

WHEREFORE, Plaintiff, Vote.org, requests that this Court enter the proposed Uniform Protective Order attached as Exhibit A and adopt it as an order of this Court.

Dated: June 4, 2026

Respectfully submitted,

VOTE.ORG
By McCARTER & ENGLISH, LLP

/s/ *Zachary A. Myers*
Zachary A. Myers
Kaylin O. Cook

10 E. Main Street, Suite 200
Carmel, IN  46032
T: (317) 810-5510
F: (317) 602-1698
zmyers@mccarter.com
kcook@mccarter.com

Vanessa Roberts Avery
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Zachary A. Myers*
Zachary A. Myers