**Department of the Treasury**
**Internal Revenue Service**
**Tax Exempt and Government Entities**
P.O. Box 2508
Cincinnati, OH 45201

**Date:**
09/12/2025
**Employer ID number:**
87-2224238
**Person to contact:**
 Name: Carren Wallace-Brown
 ID number: 5024645
 Telephone: 877-829-5500
**Accounting period ending:**
 December 31
**Form 990/990-EZ/990-N required:**
 Yes
**Effective date of exemption:**
 March 1, 2023
**Contribution deductibility:**
 No
**Addendum applies:**
 No

VOTE AMERICA ACTION FUND
530 DIVISADERO STREET PMB 126
SAN FRANCISCO, CA 94117

Dear Applicant:

We determined you're exempt from federal income tax under Internal Revenue Code (IRC) Section 501(c)(4). This letter could help resolve questions on your exempt status.

Donors cannot deduct contributions they make to you under IRC Section 170(c).

If we indicated that you're required to file an annual information return, you must file one of the following:
- Form 990, Return of Organization Exempt From Income Tax
- Form 990-EZ, Short Form Return of Organization Exempt From Income Tax
- Form 990-N, Electronic Notice, e-Postcard for Tax-Exempt Organizations Not Required to File Form 990 or Form 990EZ.

If you don't file a required return or notice for three consecutive years, your exempt status will be automatically revoked.

**What you should know**
If we indicated at the top of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

**Where to find more information**
For important information about your responsibilities as a tax-exempt organization:
- Visit **IRS.gov/charities**
- Read Publication 4221-NC, Compliance Guide for Tax-Exempt Organizations (Other than 501(c)(3) Public Charities and Private Foundations)

Find tax forms or publications by visiting **IRS.gov/forms** or calling 800-TAX-FORM (800-829-3676).

**Letter 948 (Rev. 2-2025)**
Catalog Number 35151E

Keep a copy of this letter for your records.

Sincerely,

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements

**Letter 948 (Rev. 2-2025)**
Catalog Number 35151E