UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VOTE.ORG,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA CLEAVER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-01776-SEB-MJD |

**SCHEDULING ORDER**
**IN-PERSON HEARING**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter comes before the Court on Plaintiff's Motion for Entry of Uniform Protective Order. [Dkt. 47.] That motion is set for an **in-person** hearing on **Thursday, June 11, 2026 at 12:00 p.m. (Eastern)**, in Courtroom 270, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. The parties shall appear for the hearing by their counsel.

SO ORDERED.

Dated: 8 JUN 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.