UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VOTE.ORG,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA CLEAVER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-01776-SEB-MJD |

**MINUTE ENTRY FOR JUNE 4, 2026**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery.

This matter is now set for an in-person Discovery Conference on **Wednesday, June 17, 2026, at 2:00 p.m. (Eastern)**, in Room 277, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore. The purpose of the conference is to discuss case status, as well as the parties' Supplemental Joint Report on the Status of Discovery, **which is now due June 15, 2026**, and to address **all** pending discovery disputes.

The parties must satisfy their meet-and-confer requirements regarding a discovery dispute as required by Local Rule 37-1. *See Loparex, LLC v. MPI Release Tech., LLC*, No. 1:09-CV-1411-JMS-TAB, 2011 WL 1871167, at *5 (S.D. Ind. May 16, 2011) (holding that "the local rule contemplates an actual meeting with a date, time, and place—whether by telephone,

videoconference, or (if counsel's location permits) preferably face-to-face"). Therefore, to the extent necessary to satisfy their meet-and-confer requirements, counsel for the parties are ordered to conduct a proper meet-and-confer regarding their disputes on or before **June 15, 2026**.

At or before **10:00 a.m. (Eastern) on June 16, 2026**, the parties are to email the Court at MJDinsmore@insd.uscourts.gov, with a copy to each other, a brief outline of the disputes, their respective positions on the issue(s), the discovery requests and responses at issue (if any), and any other documents they would like the Court to review in advance of the conference.

Dated: 8 JUN 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.