**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| VOTE.ORG, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) |
| | ) |
| *Defendant*. | ) |

**SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Plaintiff Vote.org and Defendant Debra Cleaver, pursuant to the Court's January 12, 2026, Scheduling Order (Dckt. Nos. 29, 35, 38, 41, 50) provide their Supplemental Joint Report on the Status of Discovery and state:

**1.      Detailed Description of All Discovery Within the Preceding 28 Days**

On June 11, 2026, Vote.org produced VDO_00002679 - VDO_00325687 in response to Defendant Cleaver's First Set of Requests for Production of Documents to Plaintiff Vote.org. Vote.org's document review is ongoing and production will continue on a rolling basis, by agreement of the parties. Vote.org anticipates completing its document production on or before July 1, 2026. The undersigned counsel for Vote.org are responsible for serving responses to all of Defendant Cleaver's pending discovery.

On June 1, 2026, Defendant Cleaver served her First Set of Interrogatories to Plaintiff Vote.org. Vote.org's response to Defendant Cleaver's interrogatories is due July 1, 2026. The undersigned counsel for Vote.org are responsible for serving Vote.org's response to Defendant Cleaver's First Set of Interrogatories.

On June 1, 2026, Defendant Cleaver served her Second Requests for Production of Documents to Plaintiff Vote.org. Vote.org's response to Defendant Cleaver's requests is due July 1,

1

2026. The undersigned counsel for Vote.org are responsible for serving Vote.org's response to Defendant Cleaver's Second Requests for Production. Vote.org expects that its document production on or before July 1, 2026 will be complete and responsive to both sets of Defendant Cleaver's requests for production of documents.

On June 11, 2026, Non-Party VoteAmerica Action Fund responded to Vote.org's subpoena non-party request for production of documents. The undersigned counsel for Defendant Cleaver are responsible for serving Vote America Action Fund's response to Vote.org's subpoena non-party request for production of documents to Vote America Action Fund.

## 2.    Detailed Description of All Discovery Presently Scheduled or Pending

Vote.org perfected service of its subpoena and non-party discovery requests on Non-Party Charter Communications, Inc.  Charter Communications, Inc. objected to the requests. In accordance with the Court's guidance, on June 9, 2026, Vote.org responded to Charter Communications, Inc.'s objection and notified it that a subpoena under Federal Rule of Civil Procedure 45 is considered a court order. If Charter Communications, Inc. does not respond to Vote.org by Thursday, June 18, 2026, Vote.org intends to seek relief from the Court.

On May 11, 2026, Vote.org perfected service of its subpoena and non-party discovery requests on VoteAmerica, Inc. Thus, VoteAmerica, Inc.'s responses to Vote.org's subpoena and non-party discovery requests were due June 10, 2026. However, counsel for VoteAmerica has advised Vote.org that VoteAmerica and VoteAmerica, Inc. are the same entity, VoteAmerica having been incorporated as VoteAmerica, Inc and then changing its name to VoteAmerica. VoteAmerica's previous responses to discovery thus also constitute VoteAmerica, Inc.'s responses. VoteAmerica/VoteAmerica, Inc. have responded to Vote.org's subpoena and non-party discovery requests.

2

As described above, Vote.org is in the process of reviewing additional potentially responsive documents and intends to fully respond to Defendant Cleaver's requests for production of documents on or before July 1, 2026.

### 3.    A Detailed Description of Any Discovery Disputes

On June 11, 2026, the Court heard argument regarding the parties' proposed protective orders. Beyond that issue, the parties disagree regarding the scope of the non-party discovery sent to VoteAmerica/VoteAmerica, Inc., VoteAmerica, LLC, and VoteAmerica Action Fund. However, the parties anticipate being able to resolve the disagreement without court intervention. On June 15, 2026, at 11:00 a.m., the undersigned counsel met and conferred, via video conference, regarding the disagreement. While continuing to disagree on the scope of the discovery, the parties do not consider the disagreement ripe for the Court's intervention. Nevertheless, the parties will be prepared to provide the Court additional information on or before June 16, 2026, at 10:00 a.m., via written submission, and during the June 17, 2026, in-person, discovery conference.

### 4.    A Detailed Description of All Discovery that is Planned to be Completed within the following 28-day Period

In the 28-day period following this Supplemental Report, Vote.org intends to produce the remaining responsive documents to both sets of Defendant Cleaver's requests for production of documents. The undersigned counsel for Vote.org is responsible for serving the additional responsive documents. Vote.org intends to begin serving deposition notices this week.

### 5.    A Description of All Known Discovery Remaining to be Completed in this Matter

Vote.org anticipates commencing non-expert witness depositions immediately. Vote.org anticipates conducting approximately 25-30 non-expert witness depositions, with the initial stage to include the following witnesses: Meighan Stone, Kelsea Pym, Lauren Brown, Stephanie Brown, and Pilar Everth. Vote.org anticipates serving the notices in accordance with Local Rule and Federal

Rule of Civil Procedure 45 on or before Thursday, June 18, 2026. Vote.org anticipates completing the additional non-expert witness depositions in the coming months and expects to conclude its deposition discovery before the November 13, 2026, close of discovery.

Debra Cleaver, by counsel, is analyzing the documents recently produced by Vote.org to ascertain the evidence that may support Vote.org's claims or Cleaver's defenses in this action. Cleaver intends to identify fact witnesses whose depositions it will take upon completing its review of the documents Vote.org has produced to-date and upon reviewing at least some portion of the documents Vote.org will produce on or before July 1. Cleaver anticipates noticing depositions in July and anticipates its depositions will include one or more members of Vote.org's board of directors and Andrea Hailey.

**6.  Any Other Discovery Issues**

None.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF, <br> VOTE.ORG | DEFENDANT, <br> DEBRA CLEAVER |
| By McCARTER & ENGLISH, LLP | By WILSON ELSER MOSKOWITZ <br> EDELMAN & DICKER LLP |
| */s/ Vanessa Roberts Avery* <br> Zachary A. Myers <br> Kaylin O. Cook <br> 10 E. Main Street, Suite 200 <br> Carmel, IN  46032 <br> T: (317) 810-5510 <br> F: (317) 602-1698 <br> zmyers@mccarter.com <br> kcook@mccarter.com | */s/ Justin G. Hazlett* <br> Justin G. Hazlett <br> Thomas J. Flynn <br> 301 Pennsylvania Parkway, Suite 210 <br> Indianapolis, IN 46280 <br> T: (317) 660-2360 <br> F: (317) 660-2357 <br> justin.hazlett@wilsonelser.com <br> thomas.flynn@wilsonelser.com |
| Vanessa Roberts Avery <br> 185 Asylum Street <br> Hartford, CT 06103 <br> T: (860) 275-6718 | *Her Attorneys* |

ME1\60219099.v1

F: (317) 602-1689
vavery@mccarter.com

*Its Attorneys*

ME1\60219099.v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, a copy of the foregoing was sent to the following parties by electronic mail.

Justin G. Hazlett
Thomas J. Flynn
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com


*/s/ Vanessa Roberts Avery*
Vanessa Roberts Avery

6