UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

VOTE.ORG,                                )
                                         )
              Plaintiff,                  )
                                         )
       v.                                )         No. 1:25-cv-01776-SEB-MJD
                                         )
DEBRA CLEAVER,                           )
                                         )
              Defendant.                  )


**MINUTE ENTRY FOR JUNE 11, 2026**
**IN-PERSON HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**


The parties appeared by counsel for an in-person hearing on Plaintiff's Motion for Entry

of Uniform Protective Order.  [Dkt. 47.]  Following a discussion with the parties, the Court will

enter a confidentiality protective order by separate order.


Dated:  16 JUN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana


Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.