UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01776-SEB-MJD |
| | ) | |
| DEBRA CLEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR JUNE 17, 2026**
**IN-PERSON DISCOVERY CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for an in-person Discovery Conference.  The parties discussed the status of and future plans for discovery.  The parties are authorized to file motions to compel/for protective order regarding all disputed discovery issues upon which they have met-and-conferred without further conference with the Magistrate Judge as required by Local Rule 37-1.  The parties were also reminded that the Court does not intend to further enlarge the current case deadlines.

This matter is scheduled for a telephonic status conference on **Thursday, July 23, 2026 at 11:30 a.m. (Eastern)** to discuss case status, as well as the parties' Supplemental Joint Report on the Status of Discovery, which is due July 13, 2026.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  23 JUN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.