**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant*. | ) | |

**SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Plaintiff Vote.org and Defendant Debra Cleaver, pursuant to the Court's January 12, 2026, Scheduling Order (Dckt. Nos. 29, 35, 38, 41, 50, 52, 55) provide their Supplemental Joint Report on the Status of Discovery and state:

**1. Detailed Description of All Discovery Within the Preceding 28 Days**

On July 1, 2026, Vote.org served written responses to Defendant Cleaver's First Set of Interrogatories and Second Set of Requests for Production of Documents to Plaintiff Vote.org (Defendant Cleaver's requests were served on June 1, 2026). The undersigned counsel for Vote.org were responsible for responding to Defendant Cleaver's First Set of Interrogatories and Second Set of Requests for Production of Documents to Plaintiff Vote.org.

On June 30, 2026, Vote.org served its Local Rule 45-1 notice and proposed subpoenas on Defendant Cleaver and requested deposition dates for seven non-party deponents as well as for Defendant Cleaver. On July 13, 2026, Vote.org served a revised Local Rule 45-1 notice and proposed subpoenas on Defendant Cleaver to add non-party requests for production of documents to each proposed subpoena. On July 13, Defendant Cleaver responded, advising that counsel is available on some of the proposed dates but has conflicts on others. Vote.org intends to proceed

with depositions on the proposed dates beginning on August 4, 2026, working with Cleaver's counsel to resolve any remaining availability issues to permit timely depositions.

**2. Detailed Description of All Discovery Presently Scheduled or Pending**

On July 8, 2026, Vote.org received Charter Communications, Inc.'s response to Vote.org's subpoena and non-party discovery requests. Once Vote.org has access to the corresponding production, a copy will be forwarded to Debra Cleaver's counsel.

**3. A Detailed Description of Any Discovery Disputes**

At the in-person discovery conference, held on June 17, 2026, the parties discussed their disagreement regarding the scope of the non-party discovery sent to VoteAmerica/VoteAmerica, Inc., VoteAmerica, LLC, and VoteAmerica Action Fund. The parties maintain their current positions and still do not consider the disagreement a discovery dispute requiring motion practice and/or court intervention. The parties continue their efforts at an informal resolution of their disagreement.

**4. A Detailed Description of All Discovery that is Planned to be Completed within the following 28-day Period**

In the 28-day period following this Supplemental Report, Vote.org intends to commence deposition discovery. As noted above, Vote.org has already provided the requisite notice to opposing counsel as required by Local Rule 45-1. In addition to serving non-party deposition notices and requests for production of documents, along with the applicable subpoenas, Vote.org also intends to serve a deposition notice on Defendant Cleaver. The undersigned counsel for Vote.org is responsible for serving the deposition notices and subpoenas.

Defendant Cleaver is reviewing Vote.org's responses to Cleaver's Second Requests for Production and First Interrogatories. Defendant Cleaver is preparing non-party discovery to Andrea Hailey and intends to serve that within the 28-day period following this Supplemental Report.

**5. A Description of All Known Discovery Remaining to be Completed in this Matter**

Vote.org anticipates completing document discovery and non-expert witness depositions, including several nonparty depositions and the Defendant's deposition, as referenced above, before the November 13, 2026, close of discovery.

Cleaver also anticipates completing discovery, including non-expert witness depositions of Andrea Hailey and Vote.org board members, before the November 13, 2026 close of discovery.

**6. Any Other Discovery Issues**

None.

Respectfully submitted,

PLAINTIFF,
VOTE.ORG

By McCARTER & ENGLISH, LLP

*/s/ Vanessa Roberts Avery*
Zachary A. Myers
Kaylin O. Cook
10 E. Main Street, Suite 200
Carmel, IN 46032
T: (317) 810-5510
F: (317) 602-1698
zmyers@mccarter.com
kcook@mccarter.com

Vanessa Roberts Avery
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

*Its Attorneys*

DEFENDANT,
DEBRA CLEAVER

By WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Justin G. Hazlett*
Justin G. Hazlett
Thomas J. Flynn
301 Pennsylvania Parkway, Suite 210
Indianapolis, IN 46280
T: (317) 660-2360
F: (317) 660-2357
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

*Her Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, a copy of the foregoing was sent to the following parties by electronic mail.

Justin G. Hazlett
Thomas J. Flynn
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

*/s/ Vanessa Roberts Avery*
Vanessa Roberts Avery



ME1\61957782.v1