**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY

Plaintiff Vote.org and Defendant Debra Cleaver, pursuant to the Court's January 12, 2026, Scheduling Order (Dckt. Nos. 29, 35, 38, 41, 50, 52, 55, 57, 58) provide their Supplemental Joint Report on the Status of Discovery and state:

**1.      Detailed Description of All Discovery Within the Preceding 28 Days**

On July 8, 2026, Plaintiff Vote.org received Charter Communications, Inc.'s response to Vote.org's subpoena and non-party discovery requests. On July 17, 2026, Vote.org provided Charter Communications, Inc.'s responses to Defendant Cleaver.

**2.      Detailed Description of All Discovery Presently Scheduled or Pending**

On July 27, 2026, Vote.org served its Second Set of Interrogatories and Second Set of Requests for Production of Documents on Defendant Debra Cleaver. The undersigned counsel for Defendant Cleaver are responsible for responding to the same.

On August 10, 2026, Defendant Cleaver served her Third Set of Requests for Production of Documents on Plaintiff, Vote.org. The undersigned counsel for Plaintiff Vote.org are responsible for responding to the same. Additionally, on August 10, 2026, Defendant Cleaver notified Plaintiff Vote.org of its intent to serve a Subpoena Duces Tecum and Request for Production of Documents on Non-Party, Andrea Hailey.

ME1\60219099.v1

### 3.    A Detailed Description of Any Discovery Disputes

At the in-person discovery conference, held on June 17, 2026, the parties discussed their disagreement regarding the scope of the non-party discovery sent to VoteAmerica/VoteAmerica, Inc., VoteAmerica, LLC, and VoteAmerica Action Fund. The parties maintain their current positions and still do not consider the disagreement a discovery dispute requiring motion practice and/or court intervention. The parties continue their efforts at an informal resolution of their disagreement.

### 4.    A Detailed Description of All Discovery that is Planned to be Completed within the following 28-day Period

In the 28-day period following this Supplemental Report, Vote.org expects Defendant Cleaver will respond to its Second Set of Interrogatories and Second Set of Requests for Production of Documents. The undersigned counsel for Defendant Cleaver is responsible for serving responses to the same.

### 5.    A Description of All Known Discovery Remaining to be Completed in this Matter

Vote.org anticipates completing document discovery and non-expert witness depositions, including several nonparty depositions and Defendant Cleaver's deposition, as referenced above, before the November 13, 2026, close of discovery. Defendant Cleaver also anticipates completing discovery, including non-expert witness depositions of Andrea Hailey and the Vote.org board members, before the November 13, 2026, close of discovery.

### 6.    Any Other Discovery Issues

None.

ME1\60219099.v1

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>VOTE.ORG | DEFENDANT,<br>DEBRA CLEAVER |
| By McCARTER & ENGLISH, LLP | By WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP |

| | |
|---|---|
| */s/ Zachary A. Myers* | */s/ Thomas J. Flynn* |
| Zachary A. Myers | Justin G. Hazlett |
| Kaylin O. Cook | Thomas J. Flynn |
| 10 E. Main Street, Suite 200 | 301 Pennsylvania Parkway, Suite 210 |
| Carmel, IN 46032 | Indianapolis, IN 46280 |
| T: (317) 810-5510 | T: (317) 660-2360 |
| F: (317) 602-1698 | F: (317) 660-2357 |
| zmyers@mccarter.com | justin.hazlett@wilsonelser.com |
| kcook@mccarter.com | thomas.flynn@wilsonelser.com |

Vanessa Roberts Avery                                    *Her Attorneys*
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

*Its Attorneys*

ME1\60219099.v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, a copy of the foregoing was sent to the following parties by electronic mail.

Justin G. Hazlett
Thomas J. Flynn
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

*/s/ Zachary A. Myers*
Zachary A. Myers

4

ME1\60219099.v1