**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant*. | ) | |

**SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Plaintiff Vote.org and Defendant Debra Cleaver, pursuant to the Court's January 12, 2026, Scheduling Order (Dckt. Nos. 29, 35, 38, 41, 50, 52, 55, 57, 58, 60) provide their Supplemental Joint Report on the Status of Discovery and state:

**1. Detailed Description of All Discovery Within the Preceding 28 Days**

On August 10, 2026, Defendant Cleaver served her Third Set of Requests for Production to Plaintiff Vote.org. The undersigned counsel for Plaintiff Vote.org are responsible for serving responses to the same.

On August 10, 2026, Defendant Cleaver served Plaintiff Vote.org with its Local Rule 45-1 notice to serve a subpoena and non-party requests for production of documents on Non-Party Andrea Hailey. Once Defendant Cleaver serves the subpoena and requests, Non-Party Ms. Hailey will be responsible for responding to the same.

On August 11, 2026, Defendant Cleaver responded to Plaintiff Vote.org's Second Set of Interrogatories and Second Set of Requests for Production of Documents. The undersigned counsel for Defendant Cleaver was responsible for serving responses to the same.



ME1\60219099.v1

**2. Detailed Description of All Discovery Presently Scheduled or Pending**

On August 10, 2026, Defendant Cleaver served her Third Set of Requests for Production to Plaintiff Vote.org, making Plaintiff Vote.org's responses due on or before September 9, 2026. On September 8, 2026, Plaintiff Vote.org requested a 30-day extension of time to respond to Defendant Cleaver's Third Set of Requests for Production to Plaintiff Vote.org, up to and including October 9, 2026, to which Defendant Cleaver agreed. The undersigned counsel for Plaintiff Vote.org are responsible for serving responses to the same.

**3. A Detailed Description of Any Discovery Disputes**

At the in-person discovery conference, held on June 17, 2026, the parties discussed their disagreement regarding the scope of the non-party discovery sent to VoteAmerica/VoteAmerica, Inc., VoteAmerica, LLC, and VoteAmerica Action Fund. The parties maintain their current positions and still do not consider the disagreement a discovery dispute requiring motion practice and/or court intervention. The parties continue their efforts at an informal resolution of their disagreement.

**4. A Detailed Description of All Discovery that is Planned to be Completed within the following 28-day Period**

In the past 28 days the parties have been engaged in substantive attempts to resolve this matter prior to further discovery or litigation. The paries have exchanged good-faith written proposals as well as engaged in multiple conferences focused on reaching a resolution. It appears at this time that the parties are unable to reach a mutually acceptable resolution, and will now refocus their efforts on completing fact discovery and proceeding with litigation in compliance with the applicable court orders.

**5. A Description of All Known Discovery Remaining to be Completed in this Matter**

Vote.org anticipates completing document discovery and non-expert witness depositions, including several nonparty depositions and Defendant Cleaver's deposition, as referenced above, before the November 13, 2026, close of discovery. Defendant Cleaver also anticipates completing discovery, including non-expert witness depositions of Andrea Hailey and the Vote.org board members, before the November 13, 2026, close of discovery.

**6. Any Other Discovery Issues**

None.

Respectfully submitted,

PLAINTIFF,
VOTE.ORG

By McCARTER & ENGLISH, LLP

*/s/ Zachary A. Myers*
Zachary A. Myers
Kaylin O. Cook
10 E. Main Street, Suite 200
Carmel, IN 46032
T: (317) 810-5510
F: (317) 602-1698
zmyers@mccarter.com
kcook@mccarter.com

Vanessa Roberts Avery
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

*Its Attorneys*

DEFENDANT,
DEBRA CLEAVER

By WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

*/s/ Justin G. Hazlett*
Justin G. Hazlett
Thomas J. Flynn
301 Pennsylvania Parkway, Suite 210
Indianapolis, IN 46280
T: (317) 660-2360
F: (317) 660-2357
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

*Her Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, a copy of the foregoing was sent to the following parties by electronic mail.

Justin G. Hazlett
Thomas J. Flynn
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

*/s/ Zachary A. Myers*
Zachary A. Myers



ME1\60219099.v1