UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VOTE.ORG, Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S AND PLAINTIFF'S RESPECTIVE MOTIONS FOR JUDICIAL NOTICE**

Defendant Debra Cleaver has filed her Defendant's Motion for Judicial Notice, asking this Court to take judicial notice of Exhibits A and B filed with that motion [Dkt. 15]. Plaintiff responded requesting judicial notice of additional filings in the referenced Alameda County Case (22CV016466). The Court having reviewed the Motion and Response and attached exhibits, and being duly advised in the premises, now finds that the motion as supplemented should be **GRANTED**. The Court takes judicial notice of all court proceedings including the submitted exhibits.

IT IS SO ORDERED.

Date: 9/30/2026

Sarah Evans Barker

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF