**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant*. | ) | |

**SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Plaintiff Vote.org and Defendant Debra Cleaver, pursuant to the Court's January 12, 2026, Scheduling Order and related docket entries (Dckt. Nos. 29, 35, 38, 41, 50, 52, 55, 57, 58, 60, 61, 63, 64) provide their Supplemental Joint Report on the Status of Discovery and state:

**1. Detailed Description of All Discovery Within the Preceding 28 Days**

On August 10, 2026, Defendant Cleaver served her Third Set of Requests for Production to Plaintiff Vote.org. The undersigned counsel for Plaintiff Vote.org are responsible for serving responses to the same. On September 8, 2026, Defendant Cleaver granted Plaintiff Vote.org an additional 30 days to respond to her Third Set of Requests for Production, making Plaintiff Vote.org's responses due on or before October 9, 2026. On October 6, 2026, counsel for the parties conferred and Plaintiff Vote.org requested an additional extension of time to respond to Defendant Cleaver's Third Set of Requests for Production, up to and including October 23, 2026. Defendant Cleaver has no objection to the instant request. The undersigned counsel for Plaintiff Vote.org are responsible for serving responses to the same.

On August 10, 2026, Defendant Cleaver served Plaintiff Vote.org with its Local Rule 45-1 notice to serve a subpoena and non-party requests for production of documents on Non-Party Andrea Hailey. On September 11, 2026, Defendant Cleaver served Ms. Hailey (through Vote.org)

with a subpoena and non-party requests for production of documents. On September 25, 2026, separate counsel for Ms. Hailey, Ramey and Hailey Law, responded to Defendant Cleaver's subpoena and non-party requests for production of documents. Ramey and Hailey Law's response interposed multiple objections to producing the information sought and produced no material. Counsel for Defendant Cleaver are working to determine whether Ms. Hailey will agree to any production before seeking the Court's intervention in the matter.

On September 18, 2026, Plaintiff Vote.org noticed Defendant Cleaver's deposition for October 27, 2026. The parties are working to confirm Cleaver's availability for her deposition October 27, 2026 (subject to whether the deposition is in-person or remote) or alternate scheduling.

**2. Detailed Description of All Discovery Presently Scheduled or Pending**

On August 10, 2026, Defendant Cleaver served her Third Set of Requests for Production to Plaintiff Vote.org, making Plaintiff Vote.org's responses due on or before September 9, 2026. On September 8, 2026, Plaintiff Vote.org requested a 30-day extension of time to respond to Defendant Cleaver's Third Set of Requests for Production to Plaintiff Vote.org, up to and including October 9, 2026, to which Defendant Cleaver agreed. On October 6, 2026, counsel for the parties conferred and Plaintiff Vote.org requested an additional extension of time to respond to Defendant Cleaver's Third Set of Requests for Production, up to and including October 23, 2026. Defendant Cleaver has no objection to the instant request. The undersigned counsel for Plaintiff Vote.org are responsible for serving responses to the same.

The parties are working to confirm Cleaver's availability for her deposition October 27, 2026 (subject to whether the deposition is in-person or remote) or alternate scheduling.

**3. A Detailed Description of Any Discovery Disputes**

At the in-person discovery conference, held on June 17, 2026, the parties discussed their disagreement regarding the scope of the non-party discovery sent to VoteAmerica/VoteAmerica,

Inc., VoteAmerica, LLC, and VoteAmerica Action Fund. The parties maintain their current positions and still do not consider the disagreement a discovery dispute requiring motion practice and/or court intervention. The parties do not expect this matter to proceed further.

**4. A Detailed Description of All Discovery that is Planned to be Completed within the following 28-day Period**

Previously, the parties focused their efforts on settlement and exchanged good-faith written proposals as well as engaged in multiple conferences focused on reaching a resolution. Despite their best efforts, the parties were unable to reach a mutually acceptable resolution, and have refocused their efforts on completing fact discovery and proceeding with litigation in compliance with the applicable court orders.

**5. A Description of All Known Discovery Remaining to be Completed in this Matter**

As discussed above, the parties previously engaged in substantive settlement discussions that ultimately did not result in resolution. However, the parties remain committed to exploring private mediation. The parties have also encountered scheduling constraints arising from their responsibilities in connection with the upcoming midterm elections. The parties are conferring regarding as to whether a joint motion to amend the current Case Management Order (Dckt. No. 28) would facilitate the orderly progression of the case without affecting the trial date. The parties respectfully ask the Court to entertain discussion of possible amendment during the upcoming telephonic status conference.

Vote.org anticipates completing document discovery and non-expert witness depositions, including several nonparty depositions and Defendant Cleaver's deposition. Defendant Cleaver also anticipates completing discovery, including non-expert witness depositions of Andrea Hailey and the Vote.org board members or a Vote.org designated representative, before the close of discovery.

**6. Any Other Discovery Issues**

None.

Respectfully submitted,

PLAINTIFF,
VOTE.ORG

By McCARTER & ENGLISH, LLP

*/s/ Zachary A. Myers*
Zachary A. Myers
Kaylin O. Cook
10 E. Main Street, Suite 200
Carmel, IN 46032
T: (317) 810-5510
F: (317) 602-1698
zmyers@mccarter.com
kcook@mccarter.com

Vanessa Roberts Avery
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

*Its Attorneys*

DEFENDANT,
DEBRA CLEAVER

By WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Justin G. Hazlett*
Justin G. Hazlett
Thomas J. Flynn
301 Pennsylvania Parkway, Suite 210
Indianapolis, IN 46280
T: (317) 660-2360
F: (317) 660-2357
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

*Her Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, a copy of the foregoing was sent to the following parties by electronic mail.

Justin G. Hazlett
Thomas J. Flynn
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

*/s/ Zachary A. Myers*
Zachary A. Myers