**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) | |
| *Defendant*. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT AND SCHEDULING ORDER DEADLINES**

Plaintiff Vote.org, for its Unopposed Motion to Extend Case Management and Scheduling Order Deadlines, states:

1. On January 12, 2026, the Court entered its Case Management Plan establishing certain case management deadlines, including a fact discovery cutoff of November 13, 2026, and a dispositive motion deadline of December 11, 2026. *See* Dckt. No. 28.

2. On January 30, 2026, the Court entered a scheduling order, setting the final pretrial conference in this matter for October 12, 2027 and a jury trial to begin October 25, 2027. *See* Dckt. No. 33.

3. On November 17, 2025, Defendant Debra Cleaver filed a Motion to Dismiss under F.R.C.P. 12(b)(2) and 12(b)(6) and a Motion to Dismiss for Improper Venue under F.R.C.P. 12(b)(3) (collectively, the "Motions to Dismiss"). *See* Dckt. Nos. 16, 18.

4. The Motions to Dismiss remain pending.

5. The parties continue to engage in discovery. Both parties have served and responded to multiple written discovery requests, served non-party discovery, and engaged in multiple conferences to meet and confer about progress in the discovery process.

6. As part of the ongoing discovery process, the parties have exchanged many thousands of documents. Analysis of those documents in preparation for depositions, dispositive motions, and trial, has been a significant technical and logistical challenge for the parties—a nonprofit organization, and an individual defendant.

7. The parties have discussed several party and non-party depositions and have diligently pursued scheduling the same.

8. However, the parties have encountered scheduling constraints arising from their responsibilities in connection with the upcoming midterm elections.

9. The parties have engaged in extensive, substantive discussions over the course of several weeks seeking to resolve this matter short of trial. This has included multiple exchanges of proposed terms and responses. Despite both parties' good faith efforts, they have been unable to reach a mutually agreeable resolution at this time. The parties are discussing private mediation as a further effort to potentially resolve this matter without any unneeded expenditure of the Court's or the parties' limited resources, while still diligently preparing for dispositive motions and trial.

10. The parties have conferred and believe an amendment to the Case Management and Scheduling Orders would facilitate orderly progression of the case.

11. Below is a chart of the existing deadlines and Vote.org's proposed amended deadlines, to which Ms. Cleaver has no opposition:

| Task | Current Deadline | Proposed New Deadline |
|---|---|---|
| Last Day to Serve Fact Discovery | October 14, 2026 | February 15, 2027 |
| Close of Fact Discovery | November 13, 2026 | March 14, 2027 |
| Deadline to File Statement of Claims and Defenses | November 18, 2026 | March 18, 2027 |
| Dispositive Motion Deadline | December 11, 2026 | April 12, 2027 |

| Task | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff Deadline to Disclose Damages Expert and Report | January 8, 2027 | May 9, 2027 |
| Responses to Dispositive Motion | January 8, 2027 | May 9, 2027 |
| Replies to Dispositive Motion | February 5, 2027 | June 6, 2027 |
| Defendant Deadline to Disclose Damages Expert and Report | February 8, 2027 | June 8, 2027 |
| Final Witness and Exhibit Lists | February 10, 2027 | June 10, 2027 |
| Last Day to Serve Expert Discovery | March 17, 2027 | July 19, 2027 |
| Close of Remaining Discovery | April 16, 2027 | August 16, 2027 |
| Deadline to File Motions to Exclude | May 3, 2027 | September 3, 2027 |

12. Vote.org respectfully requests the Court consider amending the existing Case Management and Scheduling Orders without moving the October 25, 2027, trial date. Ms. Cleaver does not oppose this request.

13. Vote.org recognizes amending the existing Case Management and Scheduling Orders without moving the October 25, 2027 trial date will reduce the time the Court would have to rule on any dispositive motions.

14. Nevertheless, the parties are dedicated to pursuing the remaining discovery and proceeding to trial as soon as reasonably practicable.

15. Should the Court be amenable to amending the Case Management and Scheduling Orders <u>only</u> if the October 25, 2027 trial date is <u>also</u> amended, Vote.org still requests amendment. Ms. Cleaver does not oppose this position.

16. Good cause exists to modify the Case Management Order and Scheduling Orders. *See* S.D Ind. L.R. 16-1(f) ("Absent court order, deadlines established in any order or pretrial entry under this rule may not be altered unless the parties and the court agree, or for good cause shown.").

*See also* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *Adams v. City of Indianapolis*, 742 F.3d 720, 734 (7th Cir. 2014) (confirming Federal Rule of Civil Procedure 16(b)(4) governs modification of scheduling orders).

17. "In making a Rule 16(b) good-cause determination, the primary consideration for district courts is the diligence of the party seeking amendment." *Alioto v. Town of Lisbon*, 651 F.3d 715, 720 (7th Cir. 2011) (*citing Trustmark Ins. Co. v. General & Cologne Life Re of Am.,* 424 F.3d 542, 553 (7th Cir. 2005)).

18. Despite the parties' diligence, fact discovery cannot be completed by November 13, 2026, and insufficient time remains to complete the discovery integral to this case. Modest extensions will allow the parties to complete necessary discovery and will facilitate more focused dispositive motions, ensuring that the issues for trial, including liability and damages, are fully developed.

For the foregoing reasons, with no opposition from Defendant Debra Cleaver, Plaintiff Vote.org requests the Court amend its Case Management (Dckt. No. 28) and its January 30, 2026, Scheduling Order (Dckt. No. 33) as indicated in the chart above, and for all other appropriate relief.

Respectfully submitted,

PLAINTIFF, VOTE.ORG

By McCARTER & ENGLISH, LLP

*/s/ Zachary A. Myers*
Zachary A. Myers
Kaylin O. Cook
10 E. Main Street, Suite 200
Carmel, IN 46032
T: (317) 810-5510
F: (317) 602-1698
zmyers@mccarter.com
kcook@mccarter.com

Vanessa Roberts Avery
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

*Its Attorneys*



ME1\63291030.v5

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, a copy of the foregoing was sent to the following parties by electronic mail.

Justin G. Hazlett
Thomas J. Flynn
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

*/s/ Zachary A. Myers*
Zachary A. Myers