**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED TO EXTEND CASE MANAGEMENT AND SCHEDULING ORDER DEADLINES**

Before the Court is Plaintiff Vote.org's Unopposed to Amend Case Management Order. ECF No. __________. The Court, having received and reviewed the Motion, finds there is good cause to amend the Case Management Order (Dckt. No. 28) and the January 30, 2026, Scheduling Order (Dckt. No. 33) as indicated below:

| Task | Current Deadline | New Deadline |
|---|---|---|
| Last Day to Serve Fact Discovery | October 14, 2026 | February 15, 2027 |
| Close of Fact Discovery | November 13, 2026 | March 14, 2027 |
| Deadline to File Statement of Claims and Defenses | November 18, 2026 | March 18, 2027 |
| Dispositive Motion Deadline | December 11, 2026 | April 12, 2027 |
| Plaintiff Deadline to Disclose Damages Expert and Report | January 8, 2027 | May 9, 2027 |
| Responses to Dispositive Motion | January 8, 2027 | May 9, 2027 |
| Replies to Dispositive Motion | February 5, 2027 | June 6, 2027 |
| Defendant Deadline to Disclose Damages Expert and Report | February 8, 2027 | June 8, 2027 |

| Task | Current Deadline | New Deadline |
| --- | --- | --- |
| Final Witness and Exhibit Lists | February 10, 2027 | June 10, 2027 |
| Last Day to Serve Expert Discovery | March 17, 2027 | July 19, 2027 |
| Close of Remaining Discovery | April 16, 2027 | August 16, 2027 |
| Deadline to File Motions to Exclude | May 3, 2027 | September 3, 2027 |

Date: ________________________________

United States Judge
Southern District of Indiana

**Distribution:**

Served electronically on all ECF-registered counsel of record.