AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| Vote.org<br>*Plaintiff*<br>v.<br>Debra Cleaver<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:25-cv-01776-SEB-MJD |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vote.org .

Date: 10/27/2026

s/Richard D. Hailey
*Attorney's signature*

Richard D. Hailey, 7375-49
*Printed name and bar number*

Ramey & Hailey
P.O. Box 40849
Indianapolis, IN 46240
*Address*

rich@rameyandhaileylaw.com
*E-mail address*

(317) 582-0000
*Telephone number*

(317) 582-0080
*FAX number*

Print Save As... Reset