# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| Vote.org<br>*Plaintiff*<br>v.<br>Debra Cleaver<br>*Defendant* | ) ) ) ) ) | Case No. 1:25-cv-01776-SEB-MJD |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vote.org .

Date: 10/27/2026

s/John W. Kitchens
*Attorney's signature*

John W. Kitchens, MS 101137
*Printed name and bar number*

1763 Columbia Road NW, Ste 175 PMB 239712
Washington, District of Columbia 20009
*Address*

johnkitchens@vote.org
*E-mail address*

(601) 647-0039
*Telephone number*

(317) 582-0080
*FAX number*