AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

Vote.org
*Plaintiff*
v.
Debra Cleaver
*Defendant*

Case No. 1:25-cv-01776-SEB-MJD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vote.org .

Date: 10/30/2026

s/Mary Beth Ramey
*Attorney's signature*

Mary Beth Ramey, 5876-49
*Printed name and bar number*

Ramey & Hailey
P.O. Box 40849
Indianapolis, IN 46240

*Address*

rmarybeth@rameyandhaileylaw.com
*E-mail address*

(317) 582-0000
*Telephone number*

(317) 582-0080
*FAX number*

Print Save As... Reset