UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VOTE.ORG, Plaintiff, v. DEBRA CLEAVER, Defendant. | ) ) ) ) ) ) ) ) ) | No. 1:25-cv-01776-SEB-MJD |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Case Management and Scheduling Order Deadlines. [Dkt. 69.] The Court, being duly advised, hereby **GRANTS IN PART** and **DENIES IN PART** the motion. The approved Case Management Plan [Dkt. 28] is hereby amended as follows:

**III. Pretrial Pleadings and Disclosures**

F. Plaintiff shall disclose the name, address, and vita of any expert witness with regard to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **September 4, 2026**. Defendant shall disclose the name, address, and vita of any expert witness with regard to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **October 5, 2026**. Plaintiff shall disclose the name, address, and vita of any expert witness with regard to damages, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **May 7, 2027**. Defendant shall disclose the name, address, and vita of any expert witness with regard to damages, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **June 7, 2027**.

H. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **September 1, 2027**. Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by Local Rule 56-1.

I. All parties shall file and serve their final witness and exhibit lists on or before **June 8, 2027**. This list should reflect the specific potential witnesses the party may call at trial. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The final witness list must identify each potential witness **by name** and include a brief synopsis of each witness's expected testimony. The final exhibit list must precisely identify, preferably **by Bates number**,[1] each specific document that may be offered at the trial of this matter. No individual not identified by name in the final witness list may testify at the trial of this matter. No document not expressly identified in the final exhibit list may be offered into evidence at trial.[2]

**IV. Discovery[3] and Dispositive Motions**

B. On or before **March 17, 2027**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based. A party's failure to file a timely statement of claims or defenses may result in the waiver of the party's claims or defenses. A party's failure to include in the party's statement of claims or defenses a claim or defense upon which the filing party has the burden of proof may result in the waiver of the omitted claim or defense.

C. Non-expert witness discovery and discovery relating to liability issues shall be completed by **March 12, 2027**; all remaining discovery shall be completed by no later than **August 13, 2027**.

D. Plaintiff shall file any dispositive motion on or before **April 9, 2027**; Defendant shall respond to Plaintiff's dispositive motion, and shall include any cross-dispositive motion, on or before **May 7, 2027**; Plaintiff shall respond to Defendant's cross-dispositive motion, and shall include any reply in support of Plaintiff's dispositive motion, on or before **June 4, 2027**; Defendant shall file any reply in support of its cross-dispositive motion on or before **June 18, 2027**.

---

[1] If the documents in question are not Bates numbered, the party should identify the documents by date and description and include therein the number of pages of each document, and shall immediately comply with the request of any party to be provided with a copy of that specific document, whether or not the document has been previously produced. Copies of previously produced documents identified by Bates number in the final exhibit list need not be produced again.

[2] If a party identifies a possible witness or exhibit that may be used at trial after the deadline set forth in this paragraph, that party shall immediately file a motion for leave to amend their final witness and/or exhibit list, and shall identify therein when the witness or exhibit was first identified and explain why that witness or exhibit could not have been identified prior to the deadline set forth in this paragraph.

[3] The term "completed," as used in Section IV.B, means that counsel must serve their discovery requests in sufficient time to receive responses before this deadline. Counsel may not serve discovery requests within the 30-day period before this deadline unless they seek leave of Court to serve a belated request and show good cause for the same. In such event, the proposed belated discovery request shall be filed with the motion, and the opposing party will receive it with service of the motion but need not respond to the same until such time as the Court grants the motion.

**VI. Trial Date**

This matter will be ready for trial in or after **January, 2028**. The trial is by **jury** and is anticipated to take **15 days**.

All other requirements of the approved Case Management Plan [Dkt. 28] remain in effect.

**No further enlargement of the case deadlines will be granted**.

**On or before November 16, 2026**, the parties shall file a joint motion to continue the trial of this matter until in or after January, 2028.

SO ORDERED.

Dated: 6 NOV 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.