UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VOTE.ORG,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA CLEAVER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-01776-SEB-MJD |

**ORDER**

The parties' most recent Supplemental Joint Report on the Status of Discovery was due November 3, 2026. [Dkts. 29 & 67.] That report was not filed as ordered. The parties shall file their **overdue** Supplemental Joint Report on the Status of Discovery on or before **November 17, 2026**. In addition, the Status Conference scheduled on November 17, 2026 [Dkt. 68] is hereby **CONTINUED** to **Thursday, November 19, 2026 at 4:30 p.m. (Eastern)**, and is converted from telephonic to **in-person**. The parties shall appear for the conference, by counsel, in Room 277, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore.

SO ORDERED.

Dated: 16 NOV 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.