**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 1:25-cv-01776-SEB-MJD |
| v. | ) | |
| | ) | |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Plaintiff Vote.org and Defendant Debra Cleaver, pursuant to the Court's January 12, 2026, Scheduling Order and related docket entries (Dckt. Nos. 29, 35, 38, 41, 50, 52, 55, 57, 58, 60, 61, 63, 64, 67, 68, 74, and 75), and as directed by the Court's November 16, 2026 Order (Dckt. No. 75), provide their Supplemental Joint Report on the Status of Discovery and state:

**1. Detailed Description of All Discovery Within the Preceding 28 Days**

On October 23, 2026, Plaintiff Vote.org served its responses to Defendant Cleaver's Third Set of Requests for Production.

On September 18, 2026, Plaintiff Vote.org noticed Defendant Cleaver's deposition for October 27, 2026. On October 23, 2026, while its Unopposed Motion to Extend Case Management and Scheduling Order Deadlines (Dckt. No. 69) was pending, Plaintiff Vote.org withdrew that notice. The parties are working to reschedule Ms. Cleaver's deposition consistent with the amended schedule (Dckt. No. 74).

On October 13, 2026, Defendant Cleaver noticed depositions of Vote.org's Chief Executive Officer Andrea Hailey for November 4 and Vote.org's designee under F.R.C.P. 30(b)(6) for November 5. On October 23, 2026, Plaintiff Vote.org advised Defendant Cleaver that Ms. Hailey and Vote.org were unavailable on those dates, and on October 26, 2026, Defendant Cleaver acknowledged the same. Those depositions did not proceed as noticed. The parties are working to reschedule them consistent with the amended schedule (Dckt. No. 74).

On October 14, 2026, Plaintiff Vote.org filed its Unopposed Motion to Extend Case Management and Scheduling Order Deadlines (Dckt. No. 69). On November 6, 2026, the Court granted in part and denied in part the motion and amended the approved Case Management Plan (Dckt. No. 74). As amended, non-expert witness discovery and discovery relating to liability issues must be completed by March 12, 2027, and all remaining discovery must be completed by August 13, 2027. Id.

On November 16, 2026, as directed by the Court's November 6, 2026 Order, the parties filed their Joint Motion to Continue Jury Trial and Final Pretrial Conference to a date in or after March 2028.

In the time since the last Supplemental Joint Report on Status of Discovery was filed, John W. Kitchens, Richard D. Hailey, and Mary Beth Ramey appeared as additional counsel for Plaintiff Vote.org.

## 2. Detailed Description of All Discovery Presently Scheduled or Pending

On October 13, 2026, Defendant Cleaver served her Fourth Set of Requests for Production to Plaintiff Vote.org, making Plaintiff Vote.org's responses due on or before November 12, 2026. Defendant Cleaver has agreed to Plaintiff Vote.org's request to extend the time for it to respond to Defendant Cleaver's Fourth Set of Requests for Production, up to and

including November 20, 2026. The undersigned counsel for Plaintiff Vote.org are responsible for serving responses to the same.

The depositions of Defendant Cleaver, Ms. Hailey, and Vote.org's Rule 30(b)(6) designee are not currently scheduled. The parties are conferring regarding the subject matter and possible deposition dates consistent with the amended schedule (Dckt. No. 74).

**3. A Detailed Description of Any Discovery Disputes**

At the in-person discovery conference, held on June 17, 2026, the parties discussed their disagreement regarding the scope of the non-party discovery sent to VoteAmerica/VoteAmerica, Inc., VoteAmerica, LLC, and VoteAmerica Action Fund. The parties maintain their current positions and still do not consider the disagreement a discovery dispute requiring motion practice and/or court intervention.

**4. A Detailed Description of All Discovery that is Planned to be Completed within the following 28-day Period**

Plaintiff Vote.org

Plaintiff Vote.org anticipates serving its responses to Defendant Cleaver's Fourth Set of Requests for Production on or before November 20, 2026.

Plaintiff Vote.org anticipates meeting and conferring with Defendant Cleaver regarding the topics contained in Defendant Cleaver's Rule 30(b)(6) notice of deposition.

Plaintiff Vote.org anticipates conferring with Defendant Cleaver to reschedule the depositions of Defendant Cleaver and Vote.org's Rule 30(b)(6) designee consistent with the amended schedule (Dckt. No. 74).

Plaintiff Vote.org's responses to Defendant Cleaver's Third Set of Requests for Production state that Vote.org is willing to meet and confer regarding a reasonable, targeted

request. Plaintiff Vote.org will meet and confer with Defendant Cleaver regarding any follow-up communications concerning those responses.

Plaintiff Vote.org anticipates beginning to schedule non-party depositions.

Defendant Cleaver

On September 25, 2026, separate counsel for Ms. Hailey, Ramey and Hailey Law, responded to Defendant Cleaver's subpoena and non-party requests for production of documents. Ramey and Hailey Law's response interposed multiple objections to producing the information sought and produced no material. Counsel for Defendant Cleaver are preparing follow-up communications seeking Ms. Hailey's production of material responsive to the subpoena and non-party requests.

Defendant Cleaver's counsel have completed their review of Plaintiff Vote.org's responses to Cleaver's Third Requests for Production. Vote.org's response interposed multiple objections to producing the information sought and produced no material. Counsel for Defendant Cleaver are preparing follow-up communications seeking Vote.org's production of material responsive to that Third Request.

Defendant Cleaver's counsel are also working with Vote.org's counsel to reschedule depositions of Andrea Hailey and Vote.org's designated representative.

Defendant Cleaver's counsel also anticipate commencing review of material Vote.org produces in response to Cleaver's Fourth Set of Requests for Production upon receiving the same.

**5. A Description of All Known Discovery Remaining to be Completed in this Matter**

Vote.org anticipates completing document discovery and non-expert witness depositions, including several nonparty depositions and Defendant Cleaver's deposition, by March 12, 2027.

Defendant Cleaver also anticipates completing discovery, including non-expert witness depositions of Andrea Hailey and the Vote.org board members or a Vote.org designated representative, by March 12, 2027. All remaining discovery will be completed by August 13, 2027. (Dckt. No. 74.)

**6. Any Other Discovery Issues**

None.

Respectfully submitted,

PLAINTIFF, VOTE.ORG

*/s/ John W. Kitchens*

John W. Kitchens, MS Bar No. 101137
General Counsel, Vote.org
1763 Columbia Road NW, Ste. 175
PMB 239712
Washington, District of Columbia 20009
T: (510) 502-5420
johnkitchens@vote.org

RAMEY & HAILEY
Richard D. Hailey, Esq., Attorney No. 7375-49
Mary Beth Ramey, Esq., Attorney No. 5876-49
951 N. Delaware St.
Indianapolis, IN 46202
T: (317) 582-0000
F: (317) 582-0080
rich@rameyandhaileylaw.com
marybeth@rameyandhaileylaw.com

By McCARTER & ENGLISH, LLP

Zachary A. Myers, Esq., Attorney No. 27978-49
Kaylin O. Cook, Esq., Attorney No. 36921-49
10 E. Main Street, Suite 200
Carmel, IN 46032

T: (317) 810-5510
F: (317) 602-1698
zmyers@mccarter.com
kcook@mccarter.com

Vanessa Roberts Avery, Esq. (*pro hac vice*)
185 Asylum Street
Hartford, CT 06103
T: (860) 275-6718
F: (317) 602-1689
vavery@mccarter.com

Its Attorneys

DEFENDANT, DEBRA CLEAVER

By WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Justin G. Hazlett*

Justin G. Hazlett, Esq.
Thomas J. Flynn, Esq.
301 Pennsylvania Parkway, Suite 210
Indianapolis, IN 46280
T: (317) 660-2360
F: (317) 660-2357
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

Her Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and a copy was also sent to the following by electronic mail.

Justin G. Hazlett, Esq.
Thomas J. Flynn, Esq.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
justin.hazlett@wilsonelser.com
thomas.flynn@wilsonelser.com

*/s/ John W. Kitchens*
John W. Kitchens