**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:25-cv-01776-SEB-MJD |
| DEBRA CLEAVER, | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER GRANTING JOINT MOTION TO CONTINUE JURY TRIAL AND FINAL PRETRIAL CONFERENCE**

This matter is before the Court on the Parties' Joint Motion to Continue Jury Trial and Final Pretrial Conference. The Court, having reviewed the motion and being duly advised, finds that the motion should be and hereby is GRANTED.

The Final Pretrial Conference set for October 12, 2027 and the Jury Trial set for October 25, 2027 are VACATED. The Final Pretrial Conference is reset for March 21, 2028 at 2:00 p.m. (Eastern), and the Jury Trial is reset for April 3, 2028 at 9:30 a.m. (Eastern), in Room #216, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana, before Judge Sarah Evans Barker. All other deadlines set forth in the Case Management Plan [Dkt. 28], as amended [Dkt. 74], remain in effect.

SO ORDERED.

Dated: 11/18/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution:** Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.