UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01776-SEB-MJD |
| | ) | |
| DEBRA CLEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR NOVEMBER 19, 2026**
**IN-PERSON STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for an in-person Status Conference. The parties discussed the status of and future plans for discovery. The parties were reminded that "**No further enlargement of the case deadlines will be granted**." [Dkt. 74 at 3 (emphasis in original).]

This matter is scheduled for a telephonic status conference on **Thursday, December 17, 2026 at 2:30 p.m. (Eastern)** to discuss case status, as well as the parties' Supplemental Joint Report on the Status of Discovery, which is due December 15, 2026. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 20 NOV 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.